## RE: Request for electronic copy of statewide voter registration list pursuant to NVRA

Muszynski, Kristen <Kristen.Muszynski@maine.gov>
Thu 10/17/2019 14:23
To: Logan Churchwell <lchurchwell@PublicInterestLegal.org>

Mr. Churchwell:
Our office is in receipt of your letter. You are correct that Maine law prohibits the disclosure of the voter registration list to your organization and for your purposes.
Further response/ comment on current Maine law is beyond my scope. If you would like to contact the Maine attorney general's office to voice your concern about an existing Maine law, that would be the appropriate venue.

Sincerely,

Kristen Schulze Muszynski
Director of Communications
Department of the Secretary of State
148 State House Station
Augusta, ME 04333
Office: 207-626-8404
Cell: 207-441-7638
https://www.facebook.com/MaineSOS/
Twitter: @MESecofState


EXHIBIT B

From: Logan Churchwell [mailto:lchurchwell@PublicInterestLegal.org]
Sent: Thursday, October 17, 2019 1:38 PM
To: Office, SOS
Subject: Request for electronic copy of statewide voter registration list pursuant to NVRA

EXTERNAL: This email originated from outside of the State of Maine Mail System. Do not click links or open attachments unless you recognize the sender and know the content is safe.
Office of Secretary Dunlap: A copy of the attached letter was sent to you via certified mail today. Please advise on next steps to resolve the matter.

**Logan Churchwell**

Communications & Research Director

**Public Interest Legal Foundation**

lchurchwell@PublicInterestLegal.org

432-935-3840