

# Department of the Secretary of State

## Bureau of Corporations, Elections and Commissions

Matthew Dunlap
*Secretary of State*

Julie L. Flynn
*Deputy Secretary of State*

February 5, 2020



EXHIBIT
G

Noel H. Johnson, Litigation Counsel
Logan Churchwell, Communications & Research Director
Public Interest Legal Foundation
32 E. Washington Street, Suite 1675
Indianapolis, Indiana 46204

RE:  Request for "Maine Statewide Voter Registration List"

Dear Mr. Johnson and Mr. Churchwell:

Thank you for your letter of February 3, 2020, clarifying that the "list" your organization wishes to obtain is the one described in Title 21-A, section 196-A(1)(B) of Maine's election law, which is referred to as the "party/campaign use voter file." Although our office does not have authority under state law to provide you with an electronic copy of that particular list or report from the CVR, as explained in my letter of January 30, 2020, we have offered – and continue to offer – an opportunity for you to inspect relevant records pursuant to section 8(i) of the NVRA, 52 U.S.C. §20507(i). We are also willing to provide you with copies of records reflecting the list maintenance activities planned for the time period after the March or June 2020 primary elections, in accordance with section 8(d)(2) and 8(i) of the NVRA, as described in my letter of January 30, 2020.

In short, we are willing to work with you to resolve this issue. Please advise whether you are prepared to do so. Thank you.

Sincerely,

*Julie L. Flynn*

Julie L. Flynn
Deputy Secretary of State

cc:   Matthew Dunlap, Secretary of State
      Phyllis Gardiner, Assistant Attorney General