**United States District Court**
**District of Maine**

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.** *Plaintiff*, v. **SHENNA BELLOWS,** in her official capacity as the Secretary of State for the State of Maine *Defendant*. | Case No. 1:20-cv-00061-GZS |

**Joint Stipulation of Material Facts**

Pursuant to Local Rule 56(b), Plaintiff Public Interest Legal Foundation ("Foundation") and Defendant Shenna Bellows (the "Secretary") jointly stipulate to the following material facts for purposes of motions for summary judgment:

1. On or around October 17, 2019, the Foundation sent to the Secretary and the Secretary received the letter filed in this case as Docket Entry 1-1.

2. On October 17, 2019, the parties exchanged the emails filed in this case as Docket Entry 1-2.

3. On or around October 29, 2019, the Foundation sent to the Secretary and the Secretary received the letter filed in this case as Docket Entry 1-3.

4. On or around January 29, 2020, the Foundation sent to the Secretary and the Secretary received the letter filed in this case as Docket Entry 1-4.

5. On or around January 30, 2020, the Secretary sent to the Foundation and the Foundation received the letter filed in this case as Docket Entry 1-5.

6. On or around February 3, 2020, the Foundation sent to the Secretary and the Secretary received the letter filed in this case as Docket Entry 1-6.

7. On or around February 5, 2020, the Secretary sent to the Foundation and the Foundation received the letter filed in this case as Docket Entry 1-7.

8. Prior to the filing of this action, the Foundation requested from the Secretary Maine's "Party/Campaign Use Voter File," which is described in Title 21-A, Section 196-A(1)(B).

9. The Secretary denied the Foundation's request for a copy of Maine's "Party/Campaign Use Voter File."

For Plaintiff:

 /s/ Noel H. Johnson
Noel H. Johnson* (Wisconsin Bar #1068004)
Kaylan L. Phillips* (Indiana Bar #30405-84)
Public Interest Legal Foundation, Inc.
32 E. Washington St., Ste. 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
njohnson@PublicInterestLegal.org
kphillips@PublicInterestLegal.org
*Admitted pro hac vice*

Steve C. Whiting
The Whiting Law Firm
75 Pearl Street, Ste. 207
Portland, ME  04101
Tel: (207) 780-0681
Fax: (207) 780-0682
steve@whitinglawfirm.com

For Defendant:

AARON M. FREY
Attorney General

 /s/ Jonathan R. Bolton (*with permission*)
JONATHAN R. BOLTON
Assistant Attorneys General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8830
Jonathan.bolton@maine.gov

3

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2021, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all parties.

                                                    /s/ Noel H. Johnson
                                                    Noel H. Johnson
                                                    Counsel for Plaintiff
                                                    njohnson@PublicInterestLegal.org