**United States District Court**
**District of Maine**

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.** | |
| *Plaintiff,* | |
| *v.* | |
| **SHENNA BELLOWS,** in her official capacity as the Secretary of State for the State of Maine | Case No. 1:20-cv-00061-GZS |
| *Defendant.* | |

**Affidavit of Noel H. Johnson**
**in Support of Plaintiff's Motion for Summary Judgment**

I, Noel H. Johnson, make the following declaration from personal knowledge pursuant to

28 U.S.C. § 1746:

1.      I am a resident of the State of Indiana.

2.      I am an attorney for the Public Interest Legal Foundation, the plaintiff in the

above-captioned action.

3.      Attached as Exhibit A is a true and correct copy of the transcript of the deposition

of Julie L. Flynn, Deputy Secretary of State for the Bureau of Corporations, Elections and

Commissions, who was deposed in this action as the Defendant's designee under Federal Rule of

Civil Procedure 30(b)(6).

4.      Attached as Exhibit B is a true and correct copy of Defendant's Responses to

Plaintiff's First Set of Requests for Admission.

5.      Attached as Exhibit C is a true and correct copy of Defendant's Answers to

Plaintiff's Interrogatories.

1

2

6.      Attached as Exhibit D are excerpts from documents produced by Defendant in response to Plaintiff's First Set of Requests for Production of Documents.


I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated: March 19, 2021.                              Respectfully submitted,


                                                     /s/ Noel H. Johnson
                                                    Noel H. Johnson

2