# Exhibit A

Transcript of Julie L. Flynn Deposition

1

2

3                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE

4

5   PUBLIC INTEREST LEGAL FOUNDATION,  )
    INC.,                              )
6                                      )        Case No.
              Plaintiff,               )  1:20-cv-00061-GZS
7                                      )
              vs.                      )
8                                      )
    MATTHEW DUNLAP, in his official    )
9   capacity as the Secretary of State )
    for the State of Maine,            )
10                                     )
              Defendant.               )

11

12

13          DEPOSITION OF JULIE L. FLYNN, taken via Zoom, on

14   January 29, 2021, commencing at 10:01 A.M., before Lisa S.

15   Bishop, RPR, RMR, a Notary Public in and for the State of

16   Maine.

17

18

19

20

21

22

23   _____

24              Atkinson-Baker Court Reporters
                        1-800-288-3376
25              FILE NO.: AE08959

EXHIBIT A, Page 1

```
 1   APPEARANCES:

 2   For the Plaintiff,
     NOEL H. JOHNSON, ESQ.
 3   KAYLAN L. PHILLIPS, ESQ.
     Public Interest Legal Foundation, Inc.
 4   32 E. Washington Street, Suite 1675
     Indianapolis, IN  46204
 5   317-203-5599
     njohnson@PublicInterestLegal.org
 6

 7   For the Defendant,

 8   PHYLLIS GARDINER, ESQ.
     Assistant Attorney General
 9   Office of the Attorney General
     6 State House Station
10   Augusta, ME  04333
     207-626-8800
11   phyllis.gardiner@maine.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

EXHIBIT A, Page 2

```
 1                        I N D E X

 2   Deponent:  JULIE L. FLYNN

 3        Examination by:                    Page

 4            ATTY. JOHNSON                     4

 5

 6                      EXHIBITS

 7   Number              Description             Page

 8   1    Deposition Topics                        8

 9   2    Letter, 10/17/19                        12

10   3    E-mail Exchange                         13

11   4    Letter, 10/29/19                        14

12   5    Letter, 1/29/20                         15

13   6    Letter, 1/30/20                         16

14   7    Letter, 2/3/20                          17

15   8    Letter, 2/5/20                          18

16   9    Title 52 United States Code Section 20507   20

17   10   Title 21-A Maine Revised Statutes Section 161   23

18   11   Title 52 United States Code Section 21083   32

19   12   Central Voter Registration User Guide   34

20   13   21-A Maine Revised Statutes Section 152   39

21   14   21-A Maine Revised Statutes Section 129   42

22   15   21-A Maine Revised Statutes Section 196-A   50

23   16   E-mail Exchange                         56

24   17   E-mail, 5/15/19                         58

25           (Exhibits Included in Original and Copies.)
```

EXHIBIT A, Page 3

1      JULIE L. FLYNN, having been duly sworn by the Notary

2    Public, was examined and testified as follows:

3              EXAMINATION BY ATTY. JOHNSON:

4      Q    Good morning again, everyone.  My name is Noel

5    Johnson.  I'm an attorney representing the plaintiff in

6    this action, Public Interest Legal Foundation.  This is the

7    first time I have taken a deposition through Zoom, so while

8    I hope things go as smoothly as possible, we could have

9    some technical difficulties, so I appreciate your patience

10   if something like that arises.  I am going to be using some

11   exhibits today and just so everyone can have their own

12   copy, I'm going to use the chat feature to send the

13   exhibits.  At the bottom of your screen, if you use your

14   mouse, you should see a chat button.  Does everyone see

15   that?

16     A    Yes.

17     Q    If you click that, it should open up a chat on the

18   right side and I will be able to send each file to you and

19   it will appear where it says chat and it will give you the

20   option to download it and have a copy on your screen.

21             MS. GARDINER:  Sorry, I didn't mean to interrupt

22   you.  We are both working from laptops which are quite

23   small.  We don't have a big screen.  We could take a break

24   and see if someone can hook one up for us.  I think there

25   is the capability to do that, but it's going to be very

```
 1  difficult to view documents.
 2            MR. JOHNSON:  I got some feedback there.  I am
 3  also going to share the exhibits on my screen as I go
 4  through them.  I don't know if that really solves the issue
 5  you are describing, but if there is an issue with viewing
 6  the exhibit, let me know if there is something that can't
 7  be read.
 8            MS. GARDINER:  Yeah.
 9            THE REPORTER:  Can we go off the record?
10            MR. JOHNSON:  Sure.
11               (Discussion off the record.)
12       Q    Okay.  Deputy Secretary Flynn, thank you for your
13  time today.  Have you been deposed before?
14       A    Yes.
15       Q    Okay.  How many times have you been deposed?
16       A    Probably less than 10 times.
17       Q    So that's enough so you probably know how this
18  works, but just for the sake of the record, I'm going to go
19  briefly over some basics.  You understand that you are here
20  under oath and you must answer questions fully, completely
21  and truthfully?
22       A    Yes.
23       Q    And we have a court reporter on the call to record
24  everything you say, so we ask that you use yes or no
25  answers as opposed to shaking your head up and down.  Does
```

1    that make sense?

2      A    It does, yes.

3      Q    If you do not understand a question or our feed

4    cuts out, you can ask me to repeat or clarify the question.

5    Does that make sense?

6      A    Yes.

7           MR. JOHNSON:  Is the echo going to be an issue?

8                (Discussion off the record.)

9      Q    Okay.  Ms. Flynn, do you understand that you are

10   here giving testimony as a representative of the Maine

11   Secretary of State's Office?

12     A    Yes, I do.

13     Q    Okay.  So when I'm asking questions, I may refer

14   to you, but for the vast majority of questions, what I'm

15   asking for is the knowledge and beliefs of the Secretary of

16   State's Office.  Does that make sense?

17     A    Yes.

18     Q    And when I say Secretary of State's Office, I'm

19   also referring to subordinate offices within that office

20   such as your office and others.  Does that make sense?

21     A    Yes.

22     Q    Okay.  And I will try to be clear when I'm asking

23   you a question personally.  If it's not clear, you can ask

24   me to clarify.

25     A    Okay.

1    Q    Are you personally familiar with what this case is
2  about?
3    A    Yes, I am.
4    Q    Can you tell me what you know about this case?
5    A    Yep, the client has asked for the voter
6  registration file, what we call a campaign use voter file,
7  which we denied.
8    Q    So you do understand that my client is seeking the
9  Party/Campaign Use Voter File?
10   A    Yes.
11   Q    Can you tell me what the Party/Campaign Use Voter
12  File is?
13   A    It's a file of certain voter information that is
14  current as of the date it is produced.
15   Q    Is it accurate to say that the Party/Campaign Use
16  Voter File is the official list of eligible voters at the
17  time it is produced?
18        MS. GARDINER:  Objection as to form.  If the
19  witness understands, fine.  I don't understand what you
20  mean by the official voter list.
21   Q    Okay.  Is it clear what I'm asking?
22   A    There's a series of reports that can be produced
23  from the database and that's one report, so I mean the
24  official voter file is what's contained in the database,
25  but the list is what's current as of the date it is

1    produced for that information.

2         Q    Okay.  And I may at times simply refer to the

3    Party/Campaign Use Voter File as the voter file just

4    because it is sort of long, just so you understand, I'm

5    referring to the same thing.

6         A    Yes.

7         Q    Besides talking with your counsel, did you

8    personally do anything to prepare for this deposition?

9         A    I looked over the answers to the interrogatories

10   and admissions and the list of topics just to refresh

11   myself.

12        Q    Did you review any of the case filings?

13        A    No.

14        Q    And you said you did review documents produced in

15   discovery?

16        A    Not the documents.  Just the interrogatory answers

17   and list of admissions, our responses.

18        Q    I'm going to attempt to introduce the first

19   exhibit, so bear with me here.

20         (Exhibit No. 1, Deposition Topics, marked for

21   identification.)

22             Okay.  You should see in the chat on your right a

23   document called Plaintiff's Exhibit 1.  Does everyone see

24   that?

25        A    Yes.

1    Q    I'm also going to try --

2         MS. GARDINER:  I see it, but I can't open it.

3    Can you open it, Julie?

4         THE WITNESS:  I think I saved it to my laptop.

5    Let me see here.

6         Yes, I'm able to open that on my laptop.

7    Q    Okay.  And it should also be now shared on your

8    screen.  Do you see that?

9    A    Yes.

10   Q    What I'm marking as Exhibit 1 is the list of

11   deposition topics that was sent to your counsel prior to

12   this deposition and I think you said you reviewed this, but

13   I will ask again, is this something you reviewed prior to

14   this deposition?

15   A    Yes, I did.

16   Q    And did you talk with anyone other than counsel

17   about these topics on Exhibit 1?

18   A    No, I didn't.

19   Q    You mentioned the interrogatory responses produced

20   by your client.  Did you help prepare responses to those

21   interrogatories?

22   A    Yes.

23   Q    Do you know -- did anyone else help prepare

24   responses to those interrogatories?

25   A    I don't recall getting -- I might have talked with

1   my assistant director or director of elections, but I'm not

2   sure.

3        Q    Okay.  What is that person's name?

4        A    Melissa Packard.

5        Q    Were you asked to find any of the documents

6   requested by my client in discovery?

7        A    Yes.

8        Q    I do want to go over some of your background.

9   What is your official job title?

10       A    Deputy Secretary of State for the Bureau of

11  Corporations, Elections and Commissions.

12       Q    Okay.  And how long have you held that position?

13       A    About 22 years.  Since 1999.

14       Q    Okay.  Who was your predecessor in office?

15       A    Nancy Kelleher.

16       Q    Okay.  Could you describe or list some of your job

17  duties as Deputy Secretary of State?

18       A    I oversee the policy implementation in all of our

19  areas of the office, so that includes business entity

20  filings, boards and commissions, notaries and various other

21  filing programs as well as elections.  I oversee the budget

22  for the bureau, payment -- make sure that invoices are

23  properly documented, signed off on.  Just various oversight

24  for the proper functioning of the office.

25       Q    And do you oversee anyone in your current

1  position?

2     A     The director of elections, Melissa Packard, and

3  the director of corporations, UCC and commissions, Cathy

4  Beaudoin, those are the two directors that report to me.

5     Q     Have you held any other positions at the Secretary

6  of State's Office?

7     A     Prior to deputy, I was the -- I had a civil

8  service position for four years, director of corporations

9  and elections.

10    Q     Okay.  Anything before that?

11    A     Not with -- not with the Secretary of State, but I

12  did work for the City of Portland for six-and-a-half years

13  culminating in the assistant city clerk position, so part

14  of my job was overseeing elections and voter registration.

15    Q     So how many total years have you worked in the

16  Secretary of State's office?

17    A     26 as of the first week of March.

18    Q     In your current position, do you have any job

19  duties related to Maine's Central Voter Registration

20  system?

21    A     I oversee the policy aspect, making sure that --

22  for Melissa Packard, the election staff are carrying out

23  the state's responsibilities to manage the Central Voter

24  Registration system.

25    Q     Are you involved with requests for voter

1   registration data like the one in this case?

2       A    If we get a request that the CVR manager is not

3   sure about whether it fits into one of the allowable uses

4   in the law, then she will bring it to the director and to

5   myself for guidance.

6       Q    So is the CVR manager, is that the person who

7   handles the requests if they are not brought to your

8   attention?

9       A    Yes, I mean something that's clearly within the

10  scope of our statutory list of, you know, who can get data.

11      Q    Okay.  I want to now go through some of the

12  correspondence between my client and the secretary's

13  office.  I am sending you and marking as Exhibit 2 Docket

14  Entry 1-1 which is a copy of a October 17, 2019, letter

15  sent by the Public Interest Legal Foundation to then

16  Secretary Dunlap and it should now be shared on your screen

17  as well.

18       (Exhibit No. 2, Letter, 10/17/19, marked for

19  identification.)

20        Are you able to open that on your end?  It is a

21  two-page document, so I just want to make sure you can --

22      A    I think if you can -- let me just -- it's a little

23  grainy.  I would have to try to see it on the screen.

24      Q    I can zoom in a little.

25      A    Okay.  That's probably good.

1      Q    Okay.  And if you need me to go to other portions

2  of this exhibit, let me know.  My question is did the

3  Secretary's Office receive this letter?

4      A    Yes.

5      Q    And who is in charge of processing this request?

6      A    It was sent over to the bureau to my office and

7  then I would help formulate the response.

8      Q    Okay.  So you were personally involved in

9  processing this request?

10     A    Yes.

11     Q    What I'm sending you and marking as Exhibit 3, you

12  should now see that in the chat window.

13      (Exhibit No. 3, E-mail Exchange, marked for

14  identification.)

15         Exhibit 3 is Docket Entry 1-2 which is a copy of

16  an October 17, 2019, letter sent by the -- I'm sorry, which

17  is an e-mail, sorry, let me start over.  Exhibit 3 is

18  Docket Entry 1-2 which is an e-mail between Kristen

19  Muszynski and Logan Churchwell dated November 17, 2019, and

20  it should now be shared on your screen.  Have you seen

21  these e-mails before?

22     A    Is it more than just one page?

23     Q    It is not.  It is just one page.

24     A    Okay.  I am aware of those, yes.

25     Q    Who is Kristen Muszynski?

```
 1        A    She's the communications director for the
 2   Department of Secretary of State.
 3        Q    And Ms. Muszynski writes in the e-mail, quote, our
 4   office is in receipt of your letter.  You are correct that
 5   Maine law prohibits disclosure of the voter registration
 6   list to your organization and for your purposes.  Do you
 7   see that portion of her e-mail?
 8        A    Yes.
 9        Q    Okay.  Is the voter registration list referenced
10   by Ms. Muszynski in this e-mail the Party/Campaign Use
11   Voter File?
12        A    It would be, yes.
13        Q    Okay.  And after sending this e-mail, did the
14   Secretary's Office provide the voter file to my client?
15        A    No.
16        Q    What I am sending you and marking as Exhibit 4 is
17   Docket Entry 1-3 which is an October 29, 2019, letter from
18   the Public Interest Legal Foundation to then Secretary
19   Dunlap.  It should now be shared on your screen as well.
20           (Exhibit No. 4, Letter, 10/29/19, marked for
21   identification.)
22        A    Yes.
23        Q    Can you see this okay?
24        A    Can you -- can you zoom in a little or size it up?
25        Q    Yes.
```

```
 1      A     Yes, that's good.

 2      Q     Have you seen this letter before?

 3      A     Yes.

 4      Q     Did the Secretary's Office receive this letter?

 5      A     Yes.

 6      Q     And after receiving this letter, did the

 7   Secretary's Office provide the voter file to my client?

 8      A     No.

 9            MS. GARDINER:  Again, by voter file, you mean

10   Party/Campaign Use Voter File; is that correct?

11            MR. JOHNSON:  Yes, I can try to use the full name

12   just so it's clear, but that is the equivalent.

13            MS. GARDINER:  It's fine to use the shorthand as

14   long as we all know what it is.

15      Q     I'm sending you and marking as Exhibit 5 Docket

16   Entry 1-4 which is a January 29, 2020, letter from the

17   Public Interest Legal Foundation to then Secretary Dunlap.

18        (Exhibit No. 5, Letter, 1/29/20, marked for

19   identification.)

20            Is it now shared on your screen?

21      A     It is.

22      Q     Have you seen this letter before?  I can zoom in.

23      A     If you could zoom, please.  Thank you.

24            Yes, I have seen this letter.

25      Q     Did the Secretary's Office receive this letter?
```

1    A    Yes.

2    Q    And did the Secretary's Office provide the

3  Party/Campaign Use Voter File to my client after receiving

4  this letter?

5    A    No.

6    Q    I'm sending you and marking as Exhibit 6 Docket

7  Entry 1-5 which is a January 30, 2020, letter from you to

8  the Public Interest Legal Foundation and it should now be

9  shared on your screen.  This is more than one page and I

10 can -- have you seen this letter before?

11     (Exhibit No. 6, Letter, 1/30/20, marked for

12 identification.)

13   A    Yes, I have.

14   Q    Did you draft this letter yourself?

15   A    I did.

16   Q    And did you --

17   A    Yes.

18   Q    Go ahead.

19   A    With assistance of -- after consultation with

20 counsel.

21   Q    Okay.  Did you send it onto my client?

22   A    Yes.

23   Q    I want to direct your attention to the portion of

24 the third paragraph which goes onto page two.  It's the

25 sentence that starts with however at the top.  Do you see

1   that?

2       A    Yes.

3       Q    It says, quote, however, state law does not allow

4   us to provide you with an electronic copy of the CVR

5   database or any report in electronic form generated by the

6   CVR other than as described in Section 196-A (1)(D) or (F).

7   So does that sentence mean that Maine state law does not

8   allow the Secretary of State to provide my client with a

9   copy of the Party/Campaign Use Voter File?

10      A    That's correct.

11      Q    And just for clarity, did the Secretary of State

12  provide the Party/Campaign Use Voter File to my client

13  after sending this letter?

14      A    No.

15      Q    What I'm sending you and marking as Exhibit 7 is

16  Docket Entry 1-6 which is a February 3, 2020, letter from

17  the Public Interest Legal Foundation to you.  And you

18  should see that on your screen now.

19       (Exhibit No. 7, Letter, 2/3/20, marked for

20  identification.)

21      A    Yes, that's good.

22      Q    Did you receive this letter?

23      A    Yes.

24      Q    And did the Secretary of State provide the

25  Party/Campaign Use Voter File to my client after receiving

```
 1  this letter?

 2      A    No.

 3      Q    Okay.  What I am sending you and marking as

 4  Exhibit 8 is Docket Entry 1-7 which is a February 5, 2020,

 5  letter from you to the Public Interest Legal Foundation.

 6  And you should see that on your screen.

 7          (Exhibit No. 8, Letter, 2/5/20, marked for

 8  identification.)

 9              Have you seen this letter before?

10      A    Can you just increase the size a little bit,

11  please?  Thank you.  Yes.

12      Q    Okay.  And did you personally draft this letter?

13      A    Yes.

14      Q    Did anyone assist you in drafting this letter?

15      A    Discussed with counsel.

16      Q    Okay.  And you sent this letter to my client,

17  correct?

18      A    That's correct.

19      Q    And did the Secretary's Office provide my client

20  with a copy of the Party/Campaign Use Voter File after you

21  sent this letter?

22      A    No.

23      Q    Just to wrap that all up, has the Secretary's

24  Office ever provided my client with a copy of the

25  Party/Campaign Use Voter File?
```

1       A    No.

2       Q    Do you know if then Secretary Dunlap reviewed any

3    of the correspondence we just went over?

4       A    Yes, that's my practice to have the Secretary look

5    at correspondence before it's sent out.

6       Q    Okay.  So he would have looked at any letter --

7    any of the letters sent to my client that we just went

8    over?

9       A    Yes.

10      Q    Okay.  Did Secretary Dunlap provide any input

11   about those correspondence or my client?

12      A    I don't recall specifically, no.

13      Q    Okay.  Do you know if he made any suggestions with

14   regard to the language in any of the letters?

15      A    I don't remember that, no.

16      Q    Is the Secretary of State's Office familiar with

17   the National Voter Registration Act?

18      A    Yes.

19      Q    And is it true that the Secretary's Office has

20   certain duties and obligations under that act?

21      A    Yes.

22      Q    And going forward, I will -- I may refer to that

23   as the NVRA.  Do you know what I mean by that?

24      A    Yes.

25      Q    What I am sending you and marking as Exhibit 9 is

```
 1    a copy of Title 52 United States Code Section 20507 which
 2    is part of the NVRA.  That should now be shared on your
 3    screen.  It is a six-page exhibit.
 4        (Exhibit No. 9, Title 52 United States Code Section
 5    20507, marked for identification.)
 6            Would you like me to -- my question is going to
 7    be have you reviewed this part of the NVRA?
 8    A    I have.
 9    Q    Okay.
10    A    Not recently, but certainly over my career, I
11    have.
12    Q    Okay.
13            MS. GARDINER:  Noel, I would -- any document this
14    long, if you are going to ask her questions about it, first
15    of all, I hope they are not for legal conclusions, but I
16    would print this out and provide it to the witness so that
17    she did have it in front of her with all six pages.  You
18    can't scroll through and do a decent job of answering
19    questions.
20            MR. JOHNSON:  Right, and that's why I wanted her
21    to have a copy on your -- that she can scroll through.
22            MS. GARDINER:  Well --
23            MR. JOHNSON:  I'm going to ask about one specific
24    section.  If it needs to be printed, you can stop and we
25    can do that.
```

1     Q    Does that sound okay?

2     A    Sure.

3     Q    I'm just going down here to Section(i)(1).  Do you

4  see that section?  I have it highlighted here.

5     A    Yes, I do.

6     Q    And it says each state shall maintain for at least

7  two years and shall make available for public inspection

8  and where available photocopying at a reasonable cost all

9  records concerning the implementation of programs and

10  activities conducted for the purpose of ensuring the

11  accuracy and currency of official lists of eligible voters,

12  except to the extent that such records relate to a

13  declination to register to vote or to identify -- or to the

14  identity of a voter registration agency through which any

15  particular voter is registered.  Is the Secretary's Office

16  familiar with this provision of the NVRA?

17     A    Yes.

18     Q    And is the Secretary's Office required to comply

19  with this provision of the NVRA?

20     A    Yes.

21     Q    And the excerpt in Section (i)(1) that I just read

22  refers to, quote, programs and activities conducted for the

23  purpose of ensuring the accuracy and currency of official

24  lists of eligible voters.  Does Maine have programs and

25  activities conducted for the purpose of ensuring the

1  accuracy and currency of official lists of eligible voters?

2      A    Yes.

3      Q    And do you know what I mean when I say Voter List

4  Maintenance programs and activities?

5      A    I know what I think it is.

6      Q    Okay.

7      A    But I'm not sure what you --

8      Q    Okay.  Well, what do you understand that to mean?

9      A    We have -- our interpretation of NVRA is that we

10  have programs that try to identify people who are deceased

11  and people who have moved from the jurisdiction and --

12      Q    I'm going to refer to that sentence, programs and

13  activities conducted for the purpose of ensuring the

14  accuracy and currency of official lists of eligible voters,

15  I may refer to that shorthand as just programs and

16  activities.  Just so everyone understands, I'm referring to

17  the entire sentence going forward.  What are the sources

18  that explain what Maine's programs and activities are?

19  Does that question make sense?

20      A    I'm not sure I know what you are asking.

21      Q    Okay.  In other words, where would someone look if

22  they wanted to know what Maine's programs and activities to

23  keep the voter lists accurate are?

24          Do Maine election statutes describe some of those

25  programs and activities?

1    A    Yes.

2    Q    And those are found in Title 21-A of Maine

3  statutes; is that correct?

4    A    Yes.

5    Q    What I'm sending you and marking as Exhibit 10 is

6  Title 21-A, Maine Revised Statutes, Section 161, which is

7  titled responsibilities of registrar.  And you should see

8  that on your screen now.

9      (Exhibit No. 10, Title 21-A Maine Revised Statutes

10  Section 161, marked for identification.)

11         Do you see that?

12    A    I do.  It could be a little larger.

13    Q    Okay.  How is that?

14    A    Thank you.  That's good.  Thank you.

15    Q    Okay.  And this is -- has a second page.  Are

16  you -- is the Secretary's Office familiar with this portion

17  of Maine law?

18    A    Yes.

19    Q    Okay.  Section -- Subsection 2A of the statute is

20  titled maintenance of voter registration information.  Do

21  you see that?

22    A    Yes.

23    Q    The first sentence reads the registrar in each

24  municipality shall keep the Central Voter Registration

25  system current at all times for the voters in the

```
 1   registrar's municipality.  What does it mean to keep the

 2   voter registration records current?

 3       A    If they receive -- if a town receives a record of

 4   death that they determine to be a voter, they cancel the

 5   record.  If they receive information from the voter or from

 6   the Bureau of Motor Vehicles, from another jurisdiction

 7   stating that the voter has moved, they -- if it's

 8   authorized by the voter or -- then they are able to cancel

 9   the record.

10       Q    So generally speaking, would it include keeping

11   voter -- voter record information accurate for each voter?

12       A    Yes, based on -- they have to have a source

13   document, something that documents the change that's being

14   made.

15       Q    Okay.

16       A    Or registration application registering a new

17   voter or changing any information on a voter's record.

18       Q    Okay.  So would it include removing registrants

19   who are no longer eligible to vote?

20       A    Yes.

21       Q    Would it include adding new registrants to the

22   list of eligible voters?

23       A    Yes.

24       Q    The second sentence reads the Secretary is

25   authorized to conduct maintenance of the Central Voter
```

1    Registration system.  What does it mean to conduct

2    maintenance of the Central Voter Registration system?

3        A    Because the secretary has oversight of the

4    database, that the Secretary now conducts statewide

5    systematic uniform nondiscriminatory methods of looking for

6    records of voters who may not be eligible and conducting

7    those periodic programs to make sure the list is

8    maintained.

9        Q    Okay.  So does conducting maintenance include

10   keeping the CVR current, is that part of maintenance?

11       A    Yes, it's -- it's a periodic program as outlined

12   in the NVRA.

13       Q    And you said that the Secretary's Office does

14   conduct maintenance of the CVR?

15       A    Yes, we do.

16       Q    Who in the Secretary's Office performs the

17   maintenance?

18       A    It would be -- sometimes I have participated, but

19   we design the program and it involves mailing of the

20   notices required under NVRA.  Staff will prepare and review

21   the file and work with a vendor to print and mail the

22   notices.  And when the notices come back, the records --

23   the mailings have the voter record bar code number -- the

24   voter record number bar coded on them so that they can be

25   scanned and either records designated as inactive or

1   canceled depending on the response and what's allowed under

2   NVRA.

3       Q    Okay.  Does the NVRA describe some of Maine's

4   programs and activities for keeping the voter list accurate

5   and current?

6       A    The NVRA specifies the notice that's required

7   called 8(d) -- 8(d)(2) notice.

8       Q    Do you consider sending those notices to be a

9   program or activity for keeping the voter list accurate and

10  current?

11      A    Yes, I do.

12      Q    Going back to Exhibit 10, the third sentence reads

13  the Secretary of State shall adopt rules for conducting

14  Voter List Maintenance required by the National Voter

15  Registration Act of 1993.  Do you see that sentence?

16      A    Yes.

17      Q    Has the Secretary of State's Office adopted those

18  rules?

19      A    We did adopt rules, yes.

20      Q    Do you know where those rules are found or

21  published?

22      A    They would be posted on the Secretary of State's

23  web page under the Administrative Procedure Act link and

24  there's a list of rules by agency.

25      Q    Okay.  Are those something that are continuously

1   being updated or were they published at some point in time

2   and not changed?

3       A       They were published when the NVRA took effect.

4   They were actually published about a month before I started

5   working for the Secretary of State in 1995 originally.

6   They have been amended, but not recently.

7       Q       Do you know what the Help America Vote Act is?

8       A       Yes.

9       Q       The Secretary's Office is familiar with that act?

10      A       Yes.

11      Q       Does the Help America Vote Act describe some of

12   Maine's programs and activities for keeping the voter list

13   accurate and current?

14      A       It has some requirements for -- it actually had

15   the requirement for developing and maintaining a

16   centralized computerized voter registration system and --

17   such as we adopted and fully implemented in May of 2007.

18      Q       Does the --

19           MS. GARDINER:  Sorry, Noel, if I could just break

20   in with a request for a quick break.  I am not able to use

21   my keyboard on my computer for some reason and I think it

22   happened when I moved back to this office.  If I could have

23   five minutes to get my -- to find help to solve that

24   problem, that would aid me in looking at the exhibits, et

25   cetera.

1          MR. JOHNSON:  Sure, we can go off the record.

2          MS. GARDINER:  Thanks.

3               (A short break was taken.)

4     Q    Okay.  We can go back on the record.  Okay.  When

5     we last broke, we were talking about Maine's programs and

6     activities to keep the -- for keeping the voter list

7     current and accurate.  Does the Secretary of State's Office

8     issue any type of guidance to local registrars about

9     keeping the voter list accurate and current?

10    A    Yes, we have a training manual and issue periodic

11    memos for activities or reminders.

12    Q    Is any of that information publicly available?

13    A    It's not posted, no.  It's not posted on the

14    website.  It is provided to the municipal election

15    officials in 500 municipalities.

16    Q    Can you just give me an example of something that

17    might be included in those types of guidance?

18    A    When we are planning to do a statewide list

19    maintenance activity, we will send out a memo just alerting

20    them that we are going to be doing this and they will be

21    seeing certain notices in the system when we make a voter

22    inactive, they will see the results of that when we are

23    doing a statewide maintenance that we conduct.

24    Q    And you mentioned system.  Did you mean CVR?

25    A    Yes, if we are doing -- if we are -- the

1   municipalities will do sort of the day-to-day what I call

2   spot changes, so they may get something from an individual

3   voter or about an individual voter and they will take

4   action based on that, but when we are planning a systemwide

5   meaning statewide activity, we would send a memo and we are

6   going to be doing that this spring, so --

7       Q    So far, we went through the Maine election

8   statutes, we went through portions of the NVRA, I mentioned

9   the Help America Vote Act and we just discussed guidance to

10  local registrars.  Are there any other sources that would

11  describe or contain Maine's programs and activities for

12  keeping the voter list accurate and current?

13      A    I can't think of any.

14      Q    Next, I want to talk about the Maine Central Voter

15  Registration system which we have been referring to as the

16  CVR.  Is that also known as Election Net or is that

17  something different?

18      A    Election Net is the application software, the

19  proprietary software.  That's the trade name for that

20  software, but CVR is both the application software and the

21  back-end database that contains the data entered through

22  the software.

23      Q    And we have probably covered this, but I will ask,

24  the Secretary of State's office can access and use the CVR,

25  correct?

1    A    That's correct.

2    Q    Is there any aspect of the CVR that the Secretary

3 of State's Office cannot use?

4    A    No.

5    Q    Okay.

6    A    There are -- it's role based, so depending on your

7 role and your log-in, I mean myself nor any of our staff or

8 anyone in the office, we can't directly do anything to the

9 database.  That's controlled by, you know, the network and

10 the database administrator, but we can, you know, look up

11 or produce reports or update information in the system, you

12 know, on a daily basis.

13    Q    Okay.  So other than sort of the -- what you

14 mentioned that the database administrator is responsible

15 for, in terms of functionality and use, is there any aspect

16 that the Secretary cannot use?

17    A    No.

18    Q    Do local election officials, municipal officials

19 access and use the CVR?

20    A    Yes.

21    Q    And what primarily do they use it for?

22    A    They are the ones who receive voter registration

23 applications which they use to update or add new voters,

24 update existing voters.  If they get spot changes -- they

25 might get an individual notice from a registrar in another

```
 1   jurisdiction out of state that that voter has moved and
 2   registered there.  They would go in and change the voter
 3   status to canceled.  They will, you know, take action on,
 4   you know, death notices or we have a system match for death
 5   records, so they are doing that activity.  And the state is
 6   handling, you know, the statewide or helping the
 7   municipalities, the towns and cities to update records.  We
 8   still have some small communities that have -- that don't
 9   have good enough Internet, so we have an agreement with
10   them to help maintain their records based on documents that
11   they provide us.
12       Q    When was the CVR first implemented?
13       A    It went on-line fully implemented in May, 2007.
14       Q    And prior to May, 2007, was -- what did Maine use
15   to maintain its voter registration records?
16       A    We had a -- probably from October, 2006, we had a
17   small pilot with a number of municipalities that were using
18   the Central Voter Registration system live before we were
19   able to get all the towns in.  Prior to that, every
20   municipality maintained their own record of voters, so
21   every -- still today, every town keeps the paper copy of a
22   voter registration application and any update -- any
23   documentation for that voter in a card file and then some
24   communities might have had an access database or an
25   off-the-shelf system for, you know, keeping their voter
```

1  file and some completely manual on paper, they would type

2  up or print up a list, you know, write out a list of voters

3  to use at the elections, so part of implementing this was

4  converting the records -- either data entering them or

5  converting any electronic records into the system so we had

6  one statewide database of the records.

7      Q    What I'm sending you and marking as Exhibit 11 is

8  a copy of Title 52 United States Code Section 21083 which

9  is a section of the Help Measuring Vote Act of 2002.  And I

10  understand this is a multi-page document.  If you need time

11  to look it over, you can.

12      (Exhibit No. 11, Title 52 United States Code Section

13  21083, marked for identification.)

14          Is this a portion of the law that the Secretary's

15  Office is familiar with?

16      A    Yes, we had to implement several aspects of the

17  Help America Vote Act, so certainly our -- I don't see it

18  yet, but I mean --

19      Q    Okay.  Well --

20      A    -- I'm familiar with the Help America Vote Act.

21      Q    I want to direct your attention to Section

22  (a)(1)(A) which is the first one in this portion of the

23  statute.  It starts with except as provided.  Do you see

24  where I'm starting there?

25      A    I'm not seeing anything.  You are not sharing on

```
 1    the screen.
 2        Q    I'm sorry.
 3            MS. GARDINER:  Can you put it up on the screen?
 4            MR. JOHNSON:  Yes, I can.  I had forgotten I had
 5    not shared that one yet.
 6        Q    You can now see it.  I will make it a little
 7    bigger.  Sorry.  And just to repeat, is this a portion of
 8    the law that the Secretary of State's Office is familiar
 9    with?
10        A    Yes.
11        Q    And Section (a)(1)(A) that starts except as
12    provided, and I will read from it, except as provided in
13    Subparagraph B, each state acting through the chief state
14    election official shall implement in a uniform and
15    nondiscriminatory manner a single uniform official
16    centralized interactive computerized statewide voter
17    registration list defined, maintained and administered at
18    the state level that contains the name and registration
19    information of every legally registered voter in the state
20    and assigns a unique identifier to each legally registered
21    voter in the state in this subsection referred to as the
22    computerized list and includes the following.  And there's
23    a list of items below that.  In the paragraph I just read,
24    was the CVR created to comply with the requirement about
25    the Help America Vote Act I just read?
```

1        A     Yes.

2        Q     Does the CVR contain the voter registration record

3    for each registered voter in Maine?

4        A     Yes, at the point in time that the information is

5    entered.

6        Q     Okay.  And does Maine have an official name for a

7    voter registration record stored in the CVR?  Some states

8    call them different things.

9        A     Just a voter record, I think.

10       Q     I just wanted to use the correct terminology going

11   forward.  What I'm sending you and marking as Exhibit 12 is

12   the Central Voter Registration User Guide that was produced

13   by defendant in discovery.  It's sort of large, so it may

14   take a minute to come through in your chat window.  The

15   Bates numbers are SOS 00231 through 675.  I will also share

16   this one.

17       (Exhibit No. 12, Central Voter Registration User

18   Guide, marked for identification.)

19            This is a rather large document, but you may be

20   able to tell me based on the first page, are you familiar

21   with this user guide?

22       A     Yes.

23       Q     And I will represent to you that it is the entire

24   user guide that was provided by defendant in discovery.

25   Have you used this user guide before?

1      A     I have one on my shelf at my office.  I know how

2   to do the functions that are in there, you know, so I don't

3   have to get into it in order to do something, but this is

4   provided to the municipalities.  It's a step-by-step set of

5   activities that they can -- what they have to do to do

6   certain activities.

7      Q     I'm going to turn to page six of Chapter 8 which

8   is Bates number S0S470 and page 240 of the PDF if anyone is

9   following along.  I realize this may be a little tough to

10  see and I will zoom in as much as I can.  I want to direct

11  your attention to figure four on the screen.  Do you see

12  that here?

13     A     Yes, uh-huh.

14     Q     Can you tell me what figure four is showing?

15     A     When we want information on a particular voter

16  record, you do a search and you get what's called an

17  inquiry and you get a -- you are able to pull up the voter

18  screen and view it for a particular voter which has the

19  basic information about the voter's record.

20     Q     Okay.  So this would be an example of a voter

21  record that is contained in the CVR?

22     A     Yes.

23     Q     Okay.  And I'm going to name some voter

24  information and I want you to tell me yes or no whether

25  that information is maintained in each voter's registration

```
 1    record in the CVR.  Does that make sense?
 2        A    I think so.
 3        Q    Okay.  So is the voter's name maintained in each
 4    registration record in the CVR?
 5        A    Yes.
 6        Q    Is the voter's residential address maintained?
 7        A    Yes.
 8        Q    Is the voter's mailing address maintained?
 9        A    If there is one.
10        Q    Is the voter's year of birth maintained?
11        A    The complete date of birth is maintained in the
12    record.
13        Q    And is the voter's enrollment status maintained?
14        A    Yes.
15        Q    What does enrollment status mean?
16        A    Whether they are enrolled in a party, one of the
17    qualified political parties or whether they are designated
18    as what we call unenrolled, they are not enrolled in a
19    party that is qualified or is qualifying.
20        Q    Is the voter's electoral district maintained in
21    each voter's record in the CVR?
22        A    Yes.
23        Q    Is the voter's status maintained in each record?
24        A    Yes.
25        Q    And what does voter status mean?
```

1     A     The status of their record, so records are either

2   active, they may be inactive as a result of the Voter List

3   Maintenance mailing, canceled after a voter is determined

4   to be ineligible, and there are several pending statuses

5   before a voter record is -- becomes active.

6     Q     Is the voter's date of registration maintained in

7   each record?

8     A     Yes.

9     Q     Is the date that voter record information was

10   changed or updated maintained in each record?

11     A     Yes, and I will say not all of it would be

12   viewable on the screen.  Some of it is history information

13   or --

14     Q     Okay.

15     A     But it is maintained in the database, absolutely.

16     Q     And is the voter's participation history

17   maintained in each record?

18     A     Yes.

19     Q     And is the voter's record number maintained in

20   each record?

21     A     Yes.

22     Q     Is a voter record number like a unique ID number

23   assigned to each voter?

24     A     There are -- voter record number is a sequential

25   system number that is assigned to a record when it is

1    created in CVR.  That is different from the unique

2    identifier uniquely identifying record number that's

3    referenced in the Help America Vote Act and that is either

4    the Maine driver license or state ID number if it was

5    provided or the last four digits of the social security

6    number if that was provided or a system assigned unique

7    identifier if one of those records -- those other

8    identifiers were not provided.

9         Q    And each voter's record in the CVR, is there an

10   indication if applicable that the voter is a uniformed

11   service member and overseas voter?

12        A    Yes, there's a special designator section.

13        Q    Okay.  I think you said that all the voter record

14   information we just went over would either be contained in

15   what we are seeing as figure four or accessible through --

16   like in this figure four?

17        A    This is a display screen that the application uses

18   to display to somebody making an inquiry, but the data is

19   contained in the database and the database has -- it's a

20   complex database that has hundreds of tables and address

21   information may be stored in different tables to be used

22   for voter registration purposes, for absentee voting

23   purposes, so I mean there's -- all of the data goes into

24   tables in the database and is able to be produced if it's,

25   you know, either on a publicly available report if the law

1    allows it or on an internal report that is used for

2    proofreading or, you know, internal activities.

3        Q    Okay.  Is the database you are referring to

4    maintained in the CVR?

5        A    Yes, that's -- CVR really has -- we are talking

6    about a system that has two components.  It has an

7    application that 500 municipalities and the state uses to,

8    you know, maintain records and then the database has -- you

9    know, I'm not an IT person, but the database has tables --

10   made up of tables where data is stored and then relates to

11   each other in order to produce reports or to show this

12   inquiry screen.

13       Q    Is the CVR used to create new voter registration

14   records for people who are not registered to vote?

15       A    Yes.

16       Q    Okay.  I am sending you and marking as Exhibit 13

17   a copy of 21-A Maine Revised Statute Section 152.  It

18   should now be shared with you as well.  It's a two-page

19   document.

20        (Exhibit No. 13, 21-A Maine Revised Statutes Section

21   152, marked for identification.)

22            Are you familiar with this portion of Maine

23   statutes?

24       A    Yes.

25       Q    Subsection 2 on page two is called entry into

1    Central Voter Registration system.  Do you see that?

2       A    Yes.

3       Q    Okay.  And it says, quote, upon receipt of the

4    application by the Registrar of Voters, the applicant's

5    name and other information from the voter registration

6    application must be entered into the Central Voter

7    Registration system as expeditiously as possible.  So that

8    means that when a registrar receives an application for

9    voter registration, they are required by Maine law to enter

10   that applicant's information into the CVR, correct?

11      A    That's correct.

12      Q    And did the voter registrars comply with that

13   requirement?

14           MS. GARDINER:  Objection.

15      A    We have a -- we have a voter file with over a

16   million records, so yes, I believe they are complying with

17   that.

18      Q    What does -- where does the applicant's

19   information go once it is entered?

20      A    It is saved in the tables, various tables in the

21   database, so there's a table that contains the name

22   information, there's a table that contains the voting

23   address, physical residence address information, there's a

24   table for mailing address, there's tables for, you know,

25   party enrollment, history tables.

1    Q   So it goes --

2    A   It goes into the database, yes.

3    Q   And so the entries into the tables in the

4 database, that essentially creates a new voter registration

5 record once it is entered into the database?

6    A   Yes.

7    Q   How do the registrars or I should say how is the

8 applicant's information verified as correct at the time it

9 is entered into the CVR database?

10    MS. GARDINER:  Objection.

11    Q   Is the applicant's information checked against a

12 Motor Vehicle database?

13    A   No, not at that -- not at that point, no.

14    Q   Is it checked against the Motor Vehicle database

15 at some point?

16    A   When a new voter registers who has provided a

17 Maine driver license or state ID number, then they enter

18 that and verify that in the system, but an existing voter

19 has already had that information verified.  It's not done

20 again.

21    Q   Right, I'm referring to just new voter

22 registration records.

23    A   If they provide a Maine driver license or state ID

24 number, that is verified against records at the motor

25 vehicle to make sure it matches the voter.  If they are

1   provided last four digits of a social security number,

2   that's not a real-time match.  It is sent out to the Social

3   Security Administration on a weekly basis and matched

4   against SSA and comes back with a code to say whether it's

5   matched or if it's not matched.

6        Q    And SSA is Social Security Administration?

7        A    Social Security Administration, yes.

8        Q    Is the CVR used to make changes or updates to

9   voter record information for people who are already

10  registered to vote?

11       A    Yes.

12       Q    So if someone submits a voter registration

13  application with say a change of name or address, the

14  registrar would use the CVR application to make those

15  changes or updates?

16       A    That's correct.

17       Q    I'm sending you and marking as Exhibit 14 a copy

18  of 21-A Maine Revised Statutes Section 129.  It should be

19  on your screen.  This is a single page statute.

20       (Exhibit No. 14, 21-A Maine Revised Statutes Section

21  129, marked for identification.)

22            Is the Secretary's Office familiar with this

23  portion of Maine statutes?

24       A    Yes.

25       Q    The very first paragraph reads, quote, when a

```
 1   voter's name is changed by marriage or other process of law
 2   or when the voter moves within a municipality, the
 3   following provisions apply.  Do you see that?
 4        A    Yes.
 5        Q    And Subsection 1 is titled notice and it says the
 6   voter must give written notice to the registrar of the
 7   voter's new and former names or addresses before the close
 8   of registrations prior to election day.  Do you see that?
 9        A    Yes.
10        Q    And Subsection 2 is titled correction of name or
11   address and it says the registrar shall correct the voter's
12   name or address in the Central Voter Registration system
13   and on the incoming voting list and the voter must then
14   vote under the voter's new name or in the new district on
15   election day.  Do you see that?
16        A    Yes.
17        Q    Based on what I read, is it correct to say that
18   when a voter notifies a registrar of a change of name or
19   address, that Maine law requires the registrar to update
20   that information in the CVR?
21        A    Yes.
22        Q    Is the CVR used to make changes to voter record
23   information other than name and address?
24        A    Yes, they may have to correct a date of birth if
25   they are made aware that there is a data entry error or --
```

```
 1    I'm trying to think.  Sometimes people add something to
 2    their address, they didn't list, you know, a unit number,
 3    apartment number, they have added that, change of party
 4    affiliation.
 5         Q    So when changes are made by a voter, whatever the
 6    information might be, the CVR is used to make -- to make
 7    the update to that information?
 8         A    Yes.
 9         Q    Is the CVR used to cancel a voter registration
10    record?
11         A    Yes.
12         Q    And I'm going to go back to Exhibit 10 which I
13    already sent, but I will share it again on my screen.  This
14    was a copy of Title 21-A Maine Revised Statutes Section
15    161.
16         A    Uh-huh.
17         Q    And now I want to direct your attention to the
18    last sentence of Section 2A.  Here, it says a voter's
19    registration record in the Central Voter Registration
20    system must be canceled by either the registrar for the
21    voter's municipality or by the Secretary of State as
22    follows.  And Subsection A below that reads when it is
23    determined that a voter has registered to vote in another
24    jurisdiction in the state, the voter registration record
25    from the former jurisdiction must be canceled, and
```

1   Subsection B says when it is determined that the voter has

2   registered to vote in another jurisdiction outside of the

3   state, the voter registration record in the state must be

4   canceled.  So based on what I just read, is it correct to

5   say that Maine law requires cancelation of a registration

6   record in the two instances described in Subsection A and

7   B?

8       A    Yes.

9       Q    And in those two circumstances, is the CVR used to

10  cancel the voter registration records?

11      A    Yes.

12      Q    We talked a little bit about this before, but are

13  there other situations or circumstances that require a

14  voter registration record to be canceled by law?

15      A    When the municipality gets a record of death and

16  they determine it's for their voter.  We also have a

17  automated system connected to the State Department of Vital

18  Records that provides -- monthly provides death information

19  for the towns that's matched to CVR as potential records to

20  be canceled and they have to review those.

21      Q    So one circumstance where a voter registration

22  record would be canceled is when the registrant dies,

23  correct?

24      A    When the voter dies.

25      Q    Right, registered voter?

1    A    Yes.

2    Q    I use those interchangeably.

3         How does Maine determine or a municipal official

4    determine that an individual registered voter is deceased?

5    A    Each town maintains a record of death for their

6    residents.  Those are provided.  It used to be in paper

7    form, but now it's electronically from the department or

8    the Office of Vital Statistics in Maine, Office of Vital

9    Records, so they are looking at the information on that

10   record and looking at the voter file to determine if they

11   have a voter that they believe matches that death record.

12   They can use an obituary, something they may be looking at.

13   They may not get an official death record because they died

14   somewhere else, but the obituary has information that

15   matches what's in the voter file.

16        And we now have a new law passed by the

17   legislature last year that -- we haven't created the form

18   yet, but there is going to be a family member notification

19   of death that an immediate family member of a voter can

20   fill out and sign and submit to the town that will give

21   them information necessary to cancel the voter's record.

22   Those are sort of the spot changes that happen.  And the

23   matching process in the CVR happens monthly where they are

24   presented with a list of names that have matched --

25   possibly matched a death record and they make that

1   determination that a voter is deceased and they will cancel

2   the record.

3       Q    In that instance you just described, is the

4   purportedly deceased voter sent a notice or a letter of

5   some kind prior to cancelation?

6       A    No.

7       Q    Is the CVR used to cancel a registration of

8   somebody who is deceased --

9       A    Yes.

10      Q    -- in all instances?

11           Is a voter registration record canceled if the

12   voter is in inactive status and fails to vote for two

13   general elections?

14      A    Yes.

15      Q    And is the CVR used to cancel the registration

16   record in that instance?

17      A    Yes, the state initiates a batch process, so once

18   we finish or we are sure that the voter participation

19   history has been entered for the November 3rd, 2020

20   election, we will initiate the batch process to run and it

21   will look at whether someone who was inactive status voted

22   in November, 2020, or November, 2018, and if they did not,

23   it will cancel the record overnight and the municipality

24   will get a reminder notice.  It will do the work for them,

25   but it sends them a notice so that they can -- there's a

1  corresponding card file for every voter, so they would mark

2  the record as canceled and date and that has to be retained

3  two years, the paper document documentation in the file for

4  the voter.

5      Q    Is a voter registration record canceled when the

6  registrant is or the voter is declared mentally

7  incompetent?

8      A    No.

9      Q    Is the voter registration record canceled when the

10  voter submits a request that his or her registration be

11  canceled?

12      A    Yes, as long as it is signed by the voter.

13      Q    And is the CVR used to cancel the registration

14  record in that instance?

15      A    Yes.

16      Q    And when a registration record is canceled, is the

17  record deleted from the CVR database?

18      A    No.

19      Q    So what happens when the registration record is

20  canceled, what happens to the information in the database?

21      A    The status is changed in the record, it is

22  designated as canceled, so canceled records are not -- you

23  know, are not -- they are still viewable in the system.  If

24  it's canceled for reasons that the voter is deceased, the

25  towns can't reactivate that record, they have to go through

1  the state and we make a determination if the -- if there

2  was an error.  If a record is canceled as being a duplicate

3  record, again, that's not something that the towns can

4  reactivate because we have determined there are two records

5  out there and we have canceled one, but they still remain

6  in the database.

7      Q    So if you were to search for that person using a

8  CVR application, it would -- you would be able to still

9  view their registration information?

10     A    That's right, at least at the state level.  There

11 are some instances where it wouldn't be at the local level,

12 but --

13     Q    Does the CVR contain voter participation history

14 for each -- each voter?

15     A    Yes, whatever the town has either scanned or

16 entered as -- entered the absentee voters that are

17 accepted, that goes into the voter history and the voters

18 who vote on election day, the voting list bar codes are

19 scanned for those voters who voted in person.

20     Q    And is the CVR used to maintain voter

21 participation history?

22     A    Yes, that's maintained as -- it's a table in the

23 voter's record.

24     Q    Okay.  So you would use that table to add, update

25 or delete participation history?

1      A      It goes in and gets saved in the table, yeah.
2   They are not -- they have an entry screen in the
3   application and that puts the data in those tables.
4      Q      In the tables in the CVR database?
5      A      Yes.
6      Q      Is it accurate to say that the CVR is used to
7   carry out Maine programs and activities to keep the voter
8   list current and accurate?
9      A      Yes.
10     Q      We mentioned this a little before, but can the CVR
11  generate various reports?
12     A      Yes.
13     Q      And one such report is the Party/Campaign Use
14  Voter File, correct?
15     A      That's correct.
16     Q      I'm sending you and marking as Exhibit 15 a copy
17  of 21-A Maine Revised Statutes Section 196-A.  And it
18  should now be shared on your screen.
19        (Exhibit No. 15, 21-A Maine Revised Statutes Section
20  196-A, marked for identification.)
21            Is the Secretary's Office familiar with this
22  section of Maine law?
23     A      Yes.
24     Q      It is -- I will show you -- it is four pages.  I
25  would like to direct your attention to Subsection B, 1B.

```
 1   It is a little long, but you may have read this before.  Is
 2   Subsection 1B describing the Party/Campaign Use Voter File?
 3       A    Yes.
 4       Q    And Subsection B provides the people and entities
 5   who may purchase and receive the Party/Campaign Use Voter
 6   File, correct?
 7       A    Yes.
 8       Q    And according to Subsection 1B, it says a
 9   political party or an individual or organization engaged in
10   so-called Get Out The Vote efforts directly related to a
11   campaign or other activities directly related to a campaign
12   or an individual who has been elected or appointed to and
13   is currently serving in a municipal county, state or
14   federal office, so is it correct if you were not one of
15   those people or entities, you cannot receive a
16   Party/Campaign Use Voter File?
17       A    That's correct.
18       Q    And skipping ahead in the statute where it starts
19   any person down here, do you see that?
20       A    Yes.
21       Q    It says any person obtaining either directly or
22   indirectly information from the Central Voter Registration
23   system under this paragraph may not sell, distribute or use
24   the data for any purpose that is not directly related to
25   activities of a political party, Get Out The Vote efforts
```

1    directly related to a campaign or other activities directly

2    related to a campaign.  Is it correct that other than what

3    I just read from the statute, that all other uses of the

4    Party/Campaign Use File are prohibited?

5        A    Yes.

6            MS. GARDINER:  Objection to the extent it calls

7    for a legal conclusion.

8        Q    And the CVR is used to generate the Party/Campaign

9    Use File -- sorry -- the Party/Campaign Use Voter File,

10   correct?

11       A    Yes.

12       Q    And the Party/Campaign Use Voter File contains

13   certain voter record information of each person, correct?

14       A    That's correct.

15       Q    It will show you each registered voter's name,

16   address, et cetera?

17       A    Yes.

18       Q    I'm going to read from Subsection B just once

19   again, the second sentence, it says the Secretary of State

20   or the registrar shall make available the following voter

21   record information subject to the fees set forth in

22   Subsection 2, the voter's name, residence address, mailing

23   address, year of birth, enrollment status, electoral

24   districts, voter status, date of registration, date of

25   change of the voter record, if applicable, voter

1  participation history, voter record number, and any special

2  designations indicating uniformed service voters, overseas

3  voters or township voters, so it's correct that the

4  Party/Campaign Use Voter File contains all the voter

5  information I just read, correct?

6      A    Yes.

7      Q    Do you know the source of each of those pieces of

8  voter record information contained in the Party/Campaign

9  Use Voter File?

10     A    I don't understand your question.

11     Q    Is each of the pieces of voter record information

12 that I just read in the statute, is the source of that

13 information the CVR database?

14     A    Yes, it's generated from the CVR database, from

15 the information that's stored in the database for each

16 voter.

17     Q    For example, when you use the CVR to generate the

18 Party/Campaign Use Voter File, the CVR would pull the

19 voter's name, for example, from the CVR database and use

20 that to populate the voter name field on the Party/Campaign

21 Use Voter File?

22     A    Yes, it goes out to the various tables tied to

23 that voter's record number and pulls all that information

24 into the electronic report that's generated, electronic

25 file.

1      Q     And that electronic file is the Party/Campaign Use
2   Voter File?
3      A     Yes, it's what's called a pipe delineated file.
4   Each field of data has a pipe character that separates it
5   and -- to the extent that information is available for each
6   voter, so only township voters would have a designator in
7   the field, everybody else would not have that, but -- so
8   each record that has the data, it will get pulled into the
9   file, Party/Campaign Use Voter File.
10     Q     And this -- you said the voter record information
11  that appears in this portion of the statute is -- all of
12  that information comes from the CVR database, correct?
13     A     That's right.
14     Q     Would it be accurate to say that the
15  Party/Campaign Use Voter File is a compilation of
16  individual voter registration records contained in the CVR?
17          MS. GARDINER:  Objection.  Form.
18     A     A report is simply a query of all the data, so
19  it's pulling the data that's available.  It's designed to
20  pull the data that is required by law and put it into a
21  report.
22     Q     I want to run through sort of a quick hypothetical
23  example.  Let's say that today, you used the CVR to
24  generate the Party/Campaign Use Voter File and you look at
25  that file -- the voter file and the first person on the

```
 1    list is Jane Doe and the voter file says that Jane Doe is
 2    registered at 1234 Main Street.  Do you follow me so far?
 3         A    I guess.  We will see.
 4         Q    If I'm not making sense, I will back up.  And a
 5    week later, Jane Doe gets married and she decides to
 6    legally change her name -- her last name and move into her
 7    husband's house, so then Jane Doe then submits a voter
 8    registration application under her new last name of Smith
 9    and using her new address of 1234 State Street.  Does that
10    make sense so far?
11         A    Yes, I'm sorry, yes.
12         Q    The CVR would be used to update Jane's
13    registration record to reflect her new last name and her
14    new address, correct?
15         A    Yes.
16         Q    After those updates are made and take effect in
17    the CVR, you again use the CVR to generate a new copy of
18    the Party/Campaign Use Voter File.  Would the new copy of
19    the Party/Campaign Use Voter File that you just generated
20    now list Jane's new last name and address?
21         A    That's correct.
22         Q    It would reflect the changes she made on her voter
23    registration application, correct?
24         A    Yes.
25         Q    So is it correct to say that when changes and
```

1   updates are made to an individual voter registration record

2   like with Jane Doe, that those updates are then reflected

3   on the Party/Campaign Use Voter File the next time it is

4   generated?

5       A    The Party/Campaign Use Voter File will reflect the

6   current data for each voter on the date that the applica --

7   that the file is generated, so it would show under the new

8   name and the new address.

9       Q    And I just have a few more exhibits and a couple

10  questions for each.  What I'm sending and marking as

11  Exhibit 16 is a document produced in discovery by the

12  defendant.  It is Bates number SOS 00162.  These are

13  e-mails between you and Kristen Muszynski dated January 17,

14  2018.

15      (Exhibit No. 16, E-mail Exchange, marked for

16  identification.)

17          MS. GARDINER:  Can you repeat the -- could you

18  repeat the Bates number, please?

19          MR. JOHNSON:  SOS 00162.

20      Q    Are you familiar with these e-mails?  You can take

21  a moment to look them over.

22      A    Yes.

23      Q    What do these e-mails concern?

24      A    We get -- Kristen Muszynski, the communications

25  director, will handle any Freedom of Access requests that

```
 1    we may get, so it appears that Reuters -- someone
 2    representing Reuters had contacted her about whether groups
 3    such as Public Interest Legal Foundation had contacted
 4    towns or the state.  We -- you know, if a town would call
 5    us and say we got a Freedom of Access request, we would
 6    make sure they know how to respond to it, but we don't keep
 7    a record of towns that may call us about a particular
 8    entity that's contacted them.  That's what I was conveying
 9    there.
10         Q    So this concerns an inquiry by someone from
11    Reuters asking about a public records request from the
12    Public Interest Legal Foundation?
13         A    That they thought had been made to the state or
14    towns in the state.
15         Q    In the second e-mail, it says now she's wondering
16    which towns.  Do you know who she is?
17         A    I think the person from Reuters that made the
18    request.
19         Q    Do you know her name?
20         A    No.
21         Q    And both of these e-mails refer to MMA?
22         A    Uh-huh.
23         Q    What's MMA?
24         A    That's Maine Municipal Association.  It's a
25    private association that provides services to its members
```

1  who may be municipal clerks or, you know, other municipal

2  officials.

3      Q    Do you know the subject matter of the public

4  records request discussed here?

5      A    I think it could have been about NVRA activities.

6  I don't honestly recall.

7           THE REPORTER:  About what?

8           THE WITNESS:  About NVRA list maintenance

9  activities, but I'm not positive.  I have a vague

10 recollection of that.

11     Q    What I'm sending and marking as Exhibit 17 is a

12 document produced in discovery by defendant.  The Bates

13 number is SOS 00164.

14     (Exhibit No. 17, E-mail, 5/15/19, marked for

15 identification.)

16          This is an e-mail from Amy Cohen, the executive

17 director of the National Association of State Election

18 Directors, to Melissa Packard dated May 15, 2019.  Have you

19 seen this e-mail before?

20     A    Yes, I probably also got that e-mail.  Both

21 Melissa and I are members of the National Association of

22 State Election Directors.

23     Q    And Melissa Packard is the director of elections,

24 correct?

25     A    Correct.

1        Q    And this e-mail includes a survey request from the

2   director of elections in Alaska regarding a notice letter

3   sent by the Public Interest Legal Foundation.  Can you tell

4   me what the survey was about?

5        A    I do not recall.  I mean we get these -- they are

6   like a survey monkey and you go out and answer the

7   questions that they are asking and it gets sent to the

8   state that's asking, so it's a way that we ask about

9   different activities that are going on.  It might be about

10  different state laws or different activities, so --

11       Q    Did anyone in the Secretary's Office take the

12  survey -- this survey?

13       A    I don't know.  I don't remember doing this

14  particular one and I don't know if Melissa did or not.

15  Some of this is -- you know, depends on the time of year

16  and if we have time, whatever else we are doing.  It may

17  have been if we had not been contacted, we would have just

18  answered, you know, no, Maine hasn't received this.

19            MR. JOHNSON:  If we could just go off record and

20  take a quick few-minute break, I'm going to just confer

21  with my co-counsel and we may have a few more questions or

22  we may be ready to wrap up.  Is that okay?

23            THE WITNESS:  Sure.

24                 (A short break was taken.)

25            MR. JOHNSON:  I do not have any further

1   questions.  So, Phyllis, if you have any, feel free.

2   Otherwise, we are prepared to wrap up.

3           MS. GARDINER:  No, I don't think I have any

4   questions.

5           MR. JOHNSON:  Off the record then.

6                   (Time noted:  12:19 P.M.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2

 3          I, Lisa S. Bishop, RPR, RMR, a Notary Public in

 4   and for the State of Maine, hereby certify that the

 5   within-named deponent was sworn to testify the truth, the

 6   whole truth, and nothing but the truth, in the

 7   aforementioned cause of action.

 8          I further certify that this deposition was

 9   stenographically reported by me and later reduced to print

10   through Computer-Aided Transcription, and the foregoing is

11   a full and true record of the testimony given by the

12   deponent.

13          I further certify that I am a disinterested

14   person in the event or outcome of the above-named cause of

15   action.

16          IN WITNESS WHEREOF, I subscribe my hand

17   this  2nd    day of February, 2021.

18

19

20              Lisa S. Bishop, RPR, RMR, Notary Public

21

22   My Commission Expires:  January 27, 2023

23

24

25
```

EXHIBIT A, Page 61

```
 1                      DEPONENT SIGNATURE PAGE

 2

 3   Caption: Public Interest Legal Foundation v. Matthew Dunlap

 4   Deponent: Julie L. Flynn

 5

 6   I _____, acknowledge that I have read

 7   pages ____ through ____  inclusive of the transcript of my

 8   deposition taken on January 29, 2021.

 9

10   I further acknowledge that:

11                  (check appropriate language)

12   _____ the same is a true, correct, and complete

13   transcription of the answers given by me to the questions

14   recorded therein.        OR

15   _____except for the changes noted on the attached errata

16   sheet, the same is a true, correct, and complete

17   transcription of the answers given by me to the questions

18   recorded therein.

19

20   _____

21   Deponent

22   Subscribed and sworn to before me

23   this ____ day of _____, 2021.

24

25   Notary Public_____
```