# Exhibit D

Excerpts from Defendant's Document Production

Maine Central Voter Registration System User Guide

# Introduction

Welcome to the Maine Central Voter Registration System (CVR), which is also called ElectioNet™. This module is designed to introduce users to the major features and functions of ElectioNet™.

ElectioNet™ was designed to standardize and centralize the registration of voters statewide. This online voter registration system uses a single central database allowing for the identification and elimination of duplicate entries. The Maine CVR complies with the federal requirements of the Help America Vote Act of 2002 (HAVA).

ElectioNet™ is a browser-based system that is accessed through Internet Explorer on the user's PC desktop. While the user is working within the application on the internet connection, a unique user name and password, with pre-determined roles and responsibilities, allow entry to a secure intranet. This secure connection allows for the safety and integrity of valuable voter registration records. Preset user roles and responsibilities ensure that users have access only to areas of the application that are pertinent to the tasks associated with their jobs concerning voter registration or election administration.

ElectioNet™ provides a user-friendly, graphical user interface (GUI) and has the same functions as other Windows applications and internet forms. Users can navigate through the screens either by using the mouse or the mouse scroll wheel (for scroll bars) or simply use tab strokes in a predefined order to navigate and enter data in the forms. Each screen has been designed to maximize efficiency and is designed to enhance usability.

SOS 00235

EXHIBIT D, Page 1

## Party/Campaign Use Voter File

This activity produces a report that can be copied/downloaded to a disk or emailed (depending on the size of the file). Users can then import the data into other applications (e.g. Excel or Access) for various uses.

- OUTPUT: Electronic, pipe-delimited, text file only.
- DISTRIBUTION: Can be purchased for eligible election related activities for those who want an electronic file. See *CVR Data Requests – Fees* earlier in this chapter for cost.
- USE: Campaign activities, "Get Out the Vote" efforts, etc.

    1. Select **Reports, Public Reports** from the Main Menu.
    2. Select **Voter.**
    3. Select **Party/Campaign Use Voter File.**
    4. The **Party/Campaign Use Voter File** screen is displayed (figure 15).



Figure 15: Party/Campaign Use Voter File Screen

    5. REQUIRED CRITERIA: **Wards/Precincts**
    6. OPTIONAL CRITERIA: (see page 10 for descriptions of report criteria not listed below).
        a. **Full File** – Output will include all voters for the Ward/Precinct(s) or District(s) chosen.
        b. **Update File** – Output will include only voters who have been added or changed during the date range entered.
    7. See page 11 for how to Run the Report (Make Disk / Submit Request).



Figure 15-A: Update File Optional Criteria