United States District Court
District of Maine

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.** *Plaintiff*, v. **MATTHEW DUNLAP,** in his official capacity as the Secretary of State for the State of Maine *Defendant*. | Case No. 1:20-cv-00061-GZS |

## UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

Plaintiff hereby moves for a modification of the Court's scheduling order, as last amended on February 12, 2021. In support of this motion, Plaintiff states the following:

1. Pursuant to the Court's Order of February 12, 2021, the deadline for Plaintiff's response to Defendant's motion for summary judgment and reply in support of Plaintiff's motion for summary judgment is April 30, 2021 and the deadline for Defendant's reply in support of Defendant's motion for summary judgment and sur-reply to Plaintiff's motion for summary judgment is May 14, 2021.

2. Counsel for the Plaintiff that has been primarily responsible for this matter is presently unavailable due to health reasons.

3. Accordingly, the Plaintiff respectfully requests a 14-day enlargement of time for the remaining deadlines relating to the pending motions for summary judgment. The amended dates would be as follows:

    a. Plaintiff's response to Defendant's motion for summary judgment and reply in support of Plaintiff's motion for summary judgment (page limit: 17): May 14, 2021.

      b. Defendant's reply in support of Defendant's motion for summary judgment and sur-reply to Plaintiff's motion for summary judgment (page limit: 7): May 28, 2021.

4. Defendant consents to Plaintiff's request.

5. Granting this request will not unduly delay disposition of this matter.

WHEREFORE, Plaintiff respectfully requests a 14-day enlargement of the remaining deadlines for the pending summary judgment motions.

Dated: April 16, 2021.

For the Plaintiff Public Interest Legal Foundation:

        /s/ *Stephen C. Whiting*
        Stephen C. Whiting
        The Whiting Law Firm
        75 Pearl Street, Ste. 207
        Portland, ME  04101
        Tel: (207) 780-0681
        Fax: (207) 780-0682
        steve@whitinglawfirm.com

        Noel H. Johnson* (Wisconsin Bar #1068004)
        Kaylan L. Phillips* (Indiana Bar #30405-84)
        Public Interest Legal Foundation, Inc.
        32 E. Washington St., Ste. 1675
        Indianapolis, IN 46204
        Tel: (317) 203-5599
        Fax: (888) 815-5641
        njohnson@PublicInterestLegal.org
        kphillips@PublicInterestLegal.org
        *\* Motion for admission pro hac vice filed*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all parties.

                                            /s/ *Steve C. Whiting*
                                            Steve C. Whiting
                                            Counsel for Plaintiff
                                            steve@whitinglawfirm.com