# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, </br></br> Plaintiff, </br></br> v. </br></br> SHENNA BELLOWS, in her official capacity as Secretary of State for the State of Maine, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Docket no. 1:20-cv-00061-GZS </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## PROCEDURAL ORDER

In accordance with this Court's April 11, 2022 Procedural Order & Report of Conference (ECF No. 65), both sides have filed Motions (ECF No. 66 & 67) seeking to have the Court set scheduling order deadlines. Having review both parties' proposals, the Court now GRANTS IN PART and DENIES IN PART both pending Motions and sets the following deadlines for additional discovery and motion practice in this case:

| | |
|---|---|
| **Any updates to initial disclosures:** | **June 1, 2022** |
| **Amendment of pleadings & joinder of parties:** | **July 1, 2022** |
| **Discovery deadline:** | **August 19, 2022** |
| **Filing of Notices Pursuant to Local Rule 56(h):** | **August 26, 2022** |

To the extent that Plaintiff additional sought an initial stay of discovery and proposed that the parties use this time to reach agreement on stipulations, the Court declines to order such a stay in light of Defendant's objection. The Court notes that its ordinary practice is to set a deadline for filing stipulations in connection with approving a briefing schedule on any proposed summary

judgment motions. Thus, the parties are generally free to negotiate stipulations up until that filing deadline.

    SO ORDERED.

                              /s/ George Z. Singal  
                              United States District Judge

Dated this 2nd day of May, 2022.