# United States Court of Appeals
## For the First Circuit

No. 23-1361

PUBLIC INTEREST LEGAL FOUNDATION, INC.,

Plaintiff, Appellee,

v.

SHENNA BELLOWS, in her official capacity as the Secretary of State for the State of Maine,

Defendant, Appellant.

**JUDGMENT**

Entered: February 2, 2024

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed

By the Court:

Maria R. Hamilton, Clerk

cc: Stephen C. Whiting, Kaylan L. Phillips, Noel H. Johnson, Phyllis Gardiner, Thomas A. Knowlton, Jonathan Richard Bolton, Caitriona Maire Fitzgerald, Tovah Calderon, Kristen Clarke, Noah Bokat-Lindell, Michael Bekesha