# United States Court of Appeals
## For the First Circuit

No. 23-1361

PUBLIC INTEREST LEGAL FOUNDATION, INC.,

Plaintiff - Appellee,

v.

SHENNA BELLOWS, in her official capacity as the Secretary of State for the State of Maine,

Defendant - Appellant.

### MANDATE

Entered: February 26, 2024

In accordance with the judgment of February 2, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Michael Bekesha
Noah Bokat-Lindell
Jonathan Richard Bolton
Tovah Calderon
Kristen Clarke
Caitriona Maire Fitzgerald
Phyllis Gardiner
Noel H. Johnson
Thomas A. Knowlton
Kaylan L. Phillips
Stephen C. Whiting