# United States Court of Appeals
## For the First Circuit

No. 23-1361

PUBLIC INTEREST LEGAL FOUNDATION, INC.,

Plaintiff - Appellee,

v.

SHENNA BELLOWS, in her official capacity as the Secretary of State for the State of Maine,

Defendant - Appellant.

**TAXATION OF COSTS**

Entered: March 5, 2024
Pursuant to 1st Cir. R. 27(d)

Costs in favor of Appellee Public Interest Legal Foundation, Inc. are taxed as follows:

| | |
|---|---|
| Reproduction of brief | ...............$ 124.30 |
| **TOTAL** | ...............**$ 124.30** |

Pursuant to Fed. R. App. P. 39(d)(3), the district court is directed to add this taxation of costs to the mandate issued on February 26, 2024.

By the Court:

Maria R. Hamilton, Clerk

cc:
Christa Berry, Clerk, United States District Court for the District of Maine, Stephen C. Whiting, Kaylan L. Phillips, Noel H. Johnson, Phyllis Gardiner, Thomas A. Knowlton, Jonathan Richard Bolton, Caitriona Maire Fitzgerald, Tovah Calderon, Kristen Clarke, Noah Bokat-Lindell, Michael Bekesha