| Date | Person/Entity | Comment | Gross Amount | Adjusted Amount |
|---|---|---|---|---|
| 3/8/2021 | Alley & Morrisette Reporting Service | Transcript - Adams Deposition | $404.25 | $404.25 |
| 9/15/2022 | Alley & Morrisette Reporting Service | Transcript - Churchwell Deposition | $267.50 | $267.50 |
| 8/2/2023 | Counsel Press, Inc. | Printing - First Circuit Briefs | $1,392.00 | $1,392.00 |
| 9/15/2023 | Noel H. Johnson | Travel for Moot Court - Flight | $649.79 | $649.79 |
| 9/20/2023 | Noel H. Johnson | Travel for First Circuit Argument - Flight/Hotel | $1,103.26 | $1,103.26 |
| 9/25/2023 | Noel H. Johnson | Travel for Moot Court - Hotel | $277.28 | $277.28 |
| 10/1/2023 | Noel H. Johnson | Travel for Moot Court - Transport | $15.00 | $15.00 |
| 10/1/2023 | Noel H. Johnson | Travel for Moot Court - Food/Drink | $5.27 | $5.27 |
| 10/2/2023 | Noel H. Johnson | Travel for Moot Court - Parking | $40.00 | $40.00 |
| 10/2/2023 | Noel H. Johnson | Travel for Moot Court - Food/Drink | $18.74 | $18.74 |
| 10/2/2023 | Noel H. Johnson | Travel for Moot Court - Food/Drink | $10.55 | $10.55 |
| 10/4/2023 | Noel H. Johnson | Travel for First Circuit Argument - Food/Drink | $18.56 | $18.56 |
| 10/4/2023 | Noel H. Johnson | Travel for First Circuit Argument - Transport | $17.60 | $17.60 |
| 10/5/2023 | Noel H. Johnson | Travel for First Circuit Argument - Parking | $40.00 | $40.00 |
| 10/5/2023 | Noel H. Johnson | Travel for First Circuit Argument - Food/Drink | $6.20 | $6.20 |
| 10/5/2023 | Noel H. Johnson | Travel for First Circuit Argument - Food/Drink | $45.00 | $45.00 |
| 10/5/2023 | Noel H. Johnson | Travel for First Circuit Argument - Food/Drink | $5.40 | $5.40 |
| 10/5/2023 | Joseph Nixon | Travel for First Circuit Argument - Hotel Room and Tax | $514.50 | $514.50 |
| 10/5/2023 | Joseph Nixon | Travel for First Circuit Argument - Transport | $58.29 | $58.29 |
| 10/5/2023 | Joseph Nixon | Travel for First Circuit Argument - Transport | $23.43 | $23.43 |
| 10/5/2023 | Joseph Nixon | Travel for First Circuit Argument - Transport | $62.12 | $62.12 |
| 10/5/2023 | Joseph Nixon | Travel for First Circuit Argument - Transport | $24.76 | $24.76 |
| | | SUBTOTAL | $4,999.50 | $4,999.50 |
| | | Adjustment for Payments Received | ($124.30) | ($124.30) |
| | | **TOTAL** | **$4,875.20** | **$4,875.20** |

Johnson Declaration
Exhibit B
Foundation Expense Report

INVOICE

INVOICE # 21 - 5032 - JPA - DEP

PLEASE REFERENCE INVOICE NUMBER WITH PAYMENT

MAKE CHECK PAYABLE TO:
Alley & Morrisette Reporting Service
34 Pheasant Run
Belgrade, ME   04917
Tel #:  (207) 495-3900
Fax #:  (207) 495-3901

DATE:  March 8, 2021

FEDERAL ID # 01-0490909

| | | | |
|---|---|---|---|
| Noel H. Johnson, Esq. | 173 pgs. @ $2.25/pg. | = $ | 389.25 |
| Public Interest Legal Foundation | Appearance Fee | = $ | .00 |
| 32 East Washington Street | Shipping & Handling | = $ | 15.00 |
| Suite 1675 | TOTAL DUE: | = $ | 404.25 |
| Indianapolis, IN   46204-3594 | | | |

CASE:   Public Interest Legal Foundation vs. Shenna Bellows

DATE OF HEARING/DEPOSITION:  February 8, 2021

DEPONENT/WITNESS/HEARING:   N. Christian Adams

COURT REPORTER:   Joanne P. Alley

COST OF PREPARATION:  $  404.25

THANK YOU!

**INVOICE**

**INVOICE # 22 - 5596 - DJF - DEP**

**PLEASE REFERENCE INVOICE NUMBER WITH PAYMENT**

**MAKE CHECK PAYABLE TO:**
**Alley & Morrisette Reporting Service**
**34 Pheasant Run**
**Belgrade, ME   04917**
**Tel #:  (207) 495-3900**
**Fax #: (207) 495-3901**

**DATE:   September 15, 2022**

**FEDERAL ID # 01-0490909**

| | | |
|---|---|---|
| **Kaylan L. Phillips, Esq.** | **103 pgs. @ $ 2.50/pg.** | **$   257.50** |
| **Public Interest Legal Foundation** | **Appearance Fee** | **$       .00** |
| **107 S West St.** | **Handling Fee** | **$    10.00** |
| **Alexandria, VA    22314** | **TOTAL DUE:** | **$   267.50** |

**In RE:   Public Interest Legal Foundation, Inv. vs. Shenna Bellows**

**DATE OF HEARING/DEPOSITION:  August 25, 2022**

**DEPONENT/WITNESS/HEARING:  Logan Churchwell**

**COURT REPORTER:   Debra J. Fusco**

**THANK YOU!**

# Invoice

**Counsel Press Inc.**

PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

| | |
|---|---|
| Invoice Number: | 0009151016 |
| Date: | 08/02/2023 |
| Fed. Tax ID: | 47-3380949 |
| Terms: | ON RECEIPT |

**Sold To**

Public Interest Legal Foundation

Indianapolis, IN 46168   USA

Attention:   Noel Johnson, Esq.

| | |
|---|---|
| File No.: | 322294 |
| Court: | USCOA - 1ST |
| Case Name: | Public Interest Legal Fdn v Bellows |

| | | | | Amount |
|---|---|---|---|---|
| | APPELLEE'S BRIEF | | | |
| 1.00 | Preparation of Brief | @ | $1,095.00 | $1,095.00 |
| 76.00 | Page(s) | @ | $0.00 | |
| 1.00 | Additional Copies Over 10 | @ | $40.00 | $40.00 |
| 1.00 | Filing of Documents | @ | $80.00 | $80.00 |
| 1.00 | Shipping & Handling | @ | $177.00 | $177.00 |

**00-JM**
03/27/2024 09:49 AM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $1,392.00 |
| Sales Tax | $0.00 |
| | $0.00 |
| Payment/Credit | $1,392.00 |
| **Balance** | $0.00 |

Page 1 of 1

Johnson Declaration
Exhibit B
Foundation Expense Report

**Noel Johnson**

| | |
|---|---|
| **From:** | Chase travel <donotreply@urtravel.chase.com> |
| **Sent:** | Friday, September 15, 2023 3:26 PM |
| **To:** | Noel Johnson |
| **Subject:** | Travel Reservation Center Trip ID # 96SGXQCBN |

Trip ID:
**96SGXQCBN**
If you have any questions,
please call:
**1-866-951-6592**

# You're all set, NOEL!

We're pleased to confirm the following details and
transaction information for your upcoming trip.

**Real ID Requirements**
Approved government-issued photo ID is required at check-in and must match the full
name on the reservation for travel. Due to the Real ID requirements, your driver's
license or ID card may not be accepted for travel after certain dates.

For the most current information on the Real ID requirements, please visit:
https://www.dhs.gov/real-id.

## Flights

 **This is a Mix & Match Fare**

1

Your flights are two separate one-way tickets, each with their own fare rules and restrictions. If one of the flights is changed or cancelled, it will not automatically impact the other flight. Changes to each flight may incur a separate fee.

# Departing Flight
**1 Ticket(s) | Sun, Oct 01**
<u>Cancel your flight reservation online</u>
or call us at 1-866-951-6592

**Confirmed**
**$466.89 USD**

**Flight Confirmation #**
## YOGWYD

**Agency Reference #**
L3C9YB

 **American Airlines**
## AA 4320
Main Cabin
Economy (M)
Embraer 175
**Cancellation fees may apply**



| **Indianapolis** | | **Washington** |
|---|---|---|
| **11:12 AM** | **1hr 42min** | **12:54 PM** |
| **IND** | Non-stop | **DCA** |
| **Sun, Oct 01** | | **Sun, Oct 01** |

Additional **<u>Baggage Fees</u>** may apply.

**Refund Rules and Policies**
- This ticket is **non-refundable**.
- Some non-refundable tickets do not allow any changes. Some non-refundable tickets can be applied (for a limited time) toward future travel, but all changes to your itinerary may result in a fare adjustment and will incur a per ticket airline change fee. Airline Fare Rules can be viewed online on your **<u>Trip Confirmation</u>** page.
- Changes or cancellations can be made online from your **<u>Trip Confirmation</u>** page or by calling us at 1-866-951-6592.
- When an itinerary is modified and rebooked, the original fare may no longer be available and the current fare may be higher than the amount originally booked. The cardholder is responsible for paying the current rate.

Johnson Declaration
Exhibit B
Foundation Expense Report

# Returning Flight

**1 Ticket(s) | Mon, Oct 02**

**Confirmed**
**$182.90 USD**

**Flight Confirmation #**

## SIJDSJ

**Agency Reference #**
L3DBGW

 **American Airlines**

## AA 4520

Main Cabin
Economy (N)
Embraer 175
**Cancellation fees may apply**

**Washington**
# 7:47 PM
**DCA**
**Mon, Oct 02**

 **1hr 56min**
Non-stop 

**Indianapolis**
# 9:43 PM
**IND**
**Mon, Oct 02**

Additional **Baggage Fees** may apply.

**Refund Rules and Policies**

- This ticket is **non-refundable**.
- Some non-refundable tickets do not allow any changes. Some non-refundable tickets can be applied (for a limited time) toward future travel, but all changes to your itinerary may result in a fare adjustment and will incur a per ticket airline change fee. Airline Fare Rules can be viewed online on your **Trip Confirmation** page.
- Changes or cancellations can be made online from your **Trip Confirmation** page or by calling us at 1-866-951-6592.
- When an itinerary is modified and rebooked, the original fare may no longer be available and the current fare may be higher than the amount originally booked. The cardholder is responsible for paying the current rate.

# Passenger Information

**Request a Seat**

**Passenger**                    **Flight**

3

Johnson Declaration
Exhibit B
Foundation Expense Report

Noel Johnson

American Airlines 4320

American Airlines 4520

# Additional Rules and Policies

Changes or Cancellations

- <u>If your reservation was made more than 7 days prior to your travel date:</u> Cancellation is allowed in most cases before 9 p.m. Mountain Standard Time the day after you book your ticket for a full refund of the base fare and taxes, with no airline-imposed cancellation fee. A few airlines, like Spirit, Frontier, Allegiant and Southwest Airlines, may have different timelines for cancellations. Call us for details at 1-866-951-6592.
- <u>If your reservation was made 7 days or less prior to your travel date:</u> Only certain airlines permit free cancellation and a refund of the base fare and taxes, with no airline-imposed cancellation fee, until 9 p.m. Mountain Standard Time the day after your ticket is booked. A few airlines, like Spirit, Frontier, Allegiant and Southwest Airlines, may have different timelines for cancellations. Airline Fare Rules can be viewed online on your **Trip Confirmation** page.
- For changes or cancellations outside of the free cancellation period see the Refunds section below.
- For itinerary modifications, you will need to cancel your existing booking first and rebook at current rates and availability.
- If you cancel within the permissible timeframe, keep in mind that it typically takes up to 2 billing cycles for us to receive the refund from the vendor and for it to appear in your account(s). We'll issue the refunds in the original form of payment.

General

- If flight credit from a waiver is being used to book this trip, any unused credit value will be forfeited and the airline waiver conditions may supersede some information that is in this document.
- If flight credit from a waiver is being used to book this trip, the waiver conditions may supersede some information that is in this document.
- All tickets are non-transferable.
- Carry-on baggage restrictions will apply. Your selected airline's baggage fees will apply. Airlines may charge additional fees for miscellaneous services such as advance seat selection, food and beverage. Fees vary by airline so you must contact the airline directly or check their website for up to date information and pricing details.
- A small number of air carriers may require us to confirm flight availability when booking. If there is any issue with availability, a travel representative will contact you within 24 hours to make alternate flight arrangements at no additional cost.
- Government-issued photo identification is required at check-in and <u>must match the name on the reservation.</u> If this is an international flight, this reservation requires a passport and may require a visa and satisfaction of health requirements. Please contact the consulate of the destination country for current visa/passport and other entry requirements.
- Your personal data will be processed in accordance with the applicable carrier's privacy policy and, if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at **https://www.iatatravelcentre.com/privacy.htm** or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred.
- Please refer to the **Travel Disclosures** for more information.

Johnson Declaration
Exhibit B
Foundation Expense Report

# Payment Summary

| | |
|---|---|
| **Total** | $649.79 |
| **Points Redeemed:** | 0 |
| **Points Value Redeemed:** | $0.00 |
| **Amount Billed to Card:** | **$649.79** |
| | **XXXX-XXXX-XXXX-5149** |

*Please note that you will see **CL \* Chase Travel** on your card billing statement for any amount of your transaction that is charged to your credit card.*

# Want to book something else?

         

Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-866-951-6592.

## Email Security Information

**Email intended for:** NOEL JOHNSON

**For your account ending in:** 5149

If you have concerns about the authenticity of this message, please visit **chase.com/customerservice** for options about how to contact us.

## About This Message

This service email gives you updates and information about your Chase relationship. If you need travel assistance, please call us at 1-866-951-6592.

Johnson Declaration
Exhibit B
Foundation Expense Report

This email was sent from an unmonitored mailbox. Go to **chase.com/customerservice** for options about how to contact us.

Your privacy is important to us. See our online **Security Center** to learn how to protect your information.

Chase Privacy Operations
P.O. Box 734007
Dallas, Texas 75373-4007

©2023 JPMorgan Chase & Co.

Johnson Declaration
Exhibit B
Foundation Expense Report

**From:**  Chase travel
**To:**  Noel Johnson
**Subject:**  Travel Reservation Center Trip ID # 475TGVNBM
**Date:**  Wednesday, September 20, 2023 1:47:28 PM



Trip ID:
475TGVNBM
If you have any questions,
please call
1-866-951-6592

# You're all set, NOEL!

We're pleased to confirm the following details and
transaction information for your upcoming trip.

**Real ID Requirements**
Approved government-issued photo ID is required at check-in and must match the full name
on the reservation for travel. Due to the Real ID requirements, your driver's license or ID
card may not be accepted for travel after certain dates.

For the most current information on the Real ID requirements, please visit:
https://www.dhs.gov/real-id.

## Flights

Flight Confirmation #
## GUDT94

Agency Reference #
MGD7L2

## Departing Flight
1 Ticket(s) | Wed, Oct 04
Cancel your flight reservation online
or call us at 1-866-951-6592

Delta Air Lines
## DL 5674
Main Cabin
Economy (U)
Embraer 175
**Cancellation fees may apply**

| Indianapolis | | Boston |
|---|---|---|
| 6:55 AM | 2hr 25min | 9:20 AM |
| IND | Non-stop | BOS |
| Wed, Oct 04 | | Wed, Oct 04 |

Additional Baggage Fees may apply.

Johnson Declaration
Exhibit B
Foundation Expense Report

# Returning Flight

1 Ticket(s) | Thu, Oct 05

Delta Air Lines

## DL 5649

Main Cabin
Economy (Q)
Embraer 175
**Cancellation fees may apply**

Boston
5:59 PM
BOS
Thu, Oct 05

2hr 48min
Non-stop

Indianapolis
8:47 PM
IND
Thu, Oct 05

Additional Baggage Fees may apply.

# Passenger Information

Request a Seat

| Passenger | Flight |
| --- | --- |
| Noel HENRY Johnson | Delta Air Lines 5674 |
| | Delta Air Lines 5649 |

# Rules and Policies

**Changes or Cancellations**

- If your reservation was made more than 7 days prior to your travel date: Cancellation is allowed in most cases before 9 p.m. Mountain Standard Time the day after you book your ticket for a full refund of the base fare and taxes, with no airline-imposed cancellation fee. A few airlines, like Spirit, Frontier, Allegiant and Southwest Airlines, may have different timelines for cancellations. Call us for details at 1-866-951-6592.
- If your reservation was made 7 days or less prior to your travel date: Only certain airlines permit free cancellation and a refund of the base fare and taxes, with no airline-imposed cancellation fee, until 9 p.m. Mountain Standard Time the day after your ticket is booked. A few airlines, like Spirit, Frontier, Allegiant and Southwest Airlines, may have different timelines for cancellations. Airline Fare Rules can be viewed online on your Trip Confirmation page.
- For changes or cancellations outside of the free cancellation period see the Refunds section below.
- For itinerary modifications, you will need to cancel your existing booking first and rebook at current rates and availability.
- If you cancel within the permissible timeframe, keep in mind that it typically takes up to 2 billing cycles for us to receive the refund from the vendor and for it to appear in your account(s). We'll issue the refunds in the original form of payment.

**Refunds**

- This ticket is non-refundable.
- Some non-refundable tickets do not allow any changes. Some non-refundable tickets can be applied (for a limited time) toward future travel, but all changes to your itinerary may result in a fare adjustment and will incur a per ticket airline change fee. Airline Fare Rules can be viewed online on your Trip Confirmation page.
- Changes or cancellations can be made online from your Trip Confirmation page or by calling us at 1-866-951-6592.
- When an itinerary is modified and rebooked, the original fare may no longer be available and the current fare may be higher than the amount originally booked. The cardholder is responsible for paying the current rate.

**General**

- If flight credit from a waiver is being used to book this trip, any unused credit value will be forfeited and the airline waiver conditions may supersede some information that is in this document.
- If flight credit from a waiver is being used to book this trip, the waiver conditions may supersede some information that is in this document.
- All tickets are non-transferable.

Carry-on baggage restrictions will apply. Your selected airline's baggage fees will apply. Airlines may charge additional fees for miscellaneous services such as advance seat selection, food and beverage. Fees vary by airline so you must contact the airline directly or check their website for up to date information and pricing details.

- A small number of air carriers may require us to confirm flight availability when booking. If there is any issue with availability, a travel representative will contact you within 24 hours to make alternate flight arrangements at no additional cost.
- Government-issued photo identification is required at check-in and must match the name on the reservation. If this is an international flight, this reservation requires a passport and may require a visa and satisfaction of health requirements. Please contact the consulate of the destination country for current visa/passport and other entry requirements.
- Your personal data will be processed in accordance with the applicable carrier's privacy policy and, if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at https://www.iatatravelcentre.com/privacy.htm or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred.
- Please refer to the Travel Disclosures for more information.

## Hotel Reservation

1 Guest | 1 Night
Cancel your hotel reservation online or call us at 1-866-951-6592

Hotel Confirmation #
## 90538769

Lead Traveler: Noel Henry Johnson

Hotel
## Renaissance Boston Waterfront Hotel
606 Congress St Boston MA 02210 US
1-617-338-4111

Room Type
Room, 2 Double Beds, Accessible, Non Smoking (Hearing)

Check-In
## Wednesday, Oct 04, 2023

Check-Out
## Thursday, Oct 05, 2023

## Rules and Policies

- Cancellations made after Oct 01, 2023 11:59 PM (property local time) are subject to a 1 night penalty plus taxes and fees. If you fail to check-in for this reservation, or if you cancel or change this reservation after check-in, you may incur penalty charges at the discretion of the property of up to 100% of the booking value.
- 
  - Extra-person charges may apply and vary depending on property policy
  - Government-issued photo identification and a credit card, debit card, or cash deposit may be required at check-in for incidental charges
  - Special requests are subject to availability upon check-in and may incur additional charges; special requests cannot be guaranteed
  - Tax ID - C0015090351
  - This property accepts credit cards; cash is not accepted
- To make arrangements for check-in please contact the property ahead of time using the information on the booking confirmation. If you are planning to arrive after midnight please contact the property in advance using the information on the booking confirmation. Guests must contact the property in advance for check-in instructions. Front desk staff will greet guests on arrival.
-

- Parking height restrictions apply.
- This property advises that enhanced cleaning and guest safety measures are currently in place.
- Disinfectant is used to clean the property.
- Social distancing measures are in place; guests are provided with hand sanitizer; masks are required in public areas.
- This property affirms that it follows the cleaning and disinfection practices of Commitment to Clean (Marriott)
- This property welcomes guests of all sexual orientations and gender identities (LGBTQ+ friendly).

- You'll be asked to pay the following charges at the property:

  - Destination fee: USD 25 per accommodation, per night

  We have included all charges provided to us by the property.

-

  - Fee for continental breakfast: approximately USD 16.00–25.00 per person
  - Fee for in-room wireless Internet: USD 12.95 per day (rates may vary)
  - Fee for in-room wired Internet: USD 12.95 per day (rates may vary)
  - Fee for wireless Internet in public areas: USD 12.95 per day (rates may vary)
  - Fee for wired Internet in public areas: USD 12.95 per day (rates may vary)
  - Valet parking fee: USD 54 per night
  - Offsite parking fee: USD 39 per night (1 mi away)
  - Rollaway bed fee: USD 20.0 per night

  The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

- Minimum check-in age - 21

## Payment Summary

| | |
|---|---|
| Total | $1,103.26 |
| Points Redeemed: | 0 |
| Points Value Redeemed: | $0.00 |
| Amount Billed to Card: | $1,103.26 |
| | XXXX-XXXX-XXXX-5149 |

*Please note that you will see CL * Chase Travel on your card billing statement for any amount of your transaction that is charged to your credit card.*

## Want to book something else?

   

Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-866-951-6592.

### Email Security Information

Email intended for: NOEL JOHNSON

For your account ending in: 5149

If you have concerns about the authenticity of this message, please visit chase.com/customerservice for options about how to contact us.

## About This Message

This service email gives you updates and information about your Chase relationship. If you need travel assistance, please call us at 1-866-951-6592.

This email was sent from an unmonitored mailbox. Go to chase.com/customerservice for options about how to contact us.

Your privacy is important to us. See our online Security Center to learn how to protect your information.

Chase Privacy Operations
P.O. Box 734007
Dallas, Texas 75373-4007

©2023 JPMorgan Chase & Co.

**Noel Johnson**

| | |
|---|---|
| **From:** | Chase travel <donotreply@urtravel.chase.com> |
| **Sent:** | Monday, September 25, 2023 9:22 AM |
| **To:** | Noel Johnson |
| **Subject:** | Travel Reservation Center Trip ID # VGCR73NPF |

Trip ID:
**VGCR73NPF**
If you have any questions,
please call:
**1-866-951-6592**

# You're all set, NOEL!

We're pleased to confirm the following details and transaction information for your upcoming trip.

## Hotel Reservation

**1 Guest | 1 Night**

Cancel your hotel reservation online or call us at 1-866-951-6592

**Hotel Confirmation #**

## 255-7684891

**Lead Traveler:** Noel Henry Johnson

**Hotel**

# Hilton Alexandria Old Town

**1767 King St Alexandria VA 22314 US**
**17038370440**

**Room Type**

DOUBLE KING SIZE BED

**Check-In**

# Sunday, Oct 01, 2023

**Check-Out**

# Monday, Oct 02, 2023

---

# Rules and Policies

- Changes or cancellations received within three (3) days of check-in date will be subject to a supplier cancellation fee equal to one-night room and tax.
- Cancellations or modifications received at any time will be subject to program service fees, in addition to any supplier fees, when applicable.
- No shows are non-refundable.
- Cancellations made directly with the hotel will forfeit any refund.
- Any additional hotel charges, such as resort fees and hotel energy surcharges, and any charges for incidentals that you incur are not included in your reservation rate and must be paid directly to the hotel.
- Government-issued photo identification is required at check-in and must match the name on the reservation.
- . Check-in hour 16:00-12:00.Car park YES (With additional debit notes) 36.00 USD Per unit/night.Electric vehicle charging station. For bookings with Breakfast included: breakfast for up to 2 adults – charges will apply at the property for extra guests.

# Payment Summary

| | |
|---|---|
| **Total** | $277.28 |
| **Points Redeemed:** | 0 |
| **Points Value Redeemed:** | $0.00 |
| **Amount Billed to Card:** | **$277.28** |
| | **XXXX-XXXX-XXXX-5149** |

*Please note that you will see **CL * Chase Travel** on your card billing statement for any amount of your transaction that is charged to your credit card.*

# Want to book something else?

   

Johnson Declaration
Exhibit B
Foundation Expense Report

Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-866-951-6592.

## Email Security Information

**Email intended for:** NOEL JOHNSON

**For your account ending in:** 5149

If you have concerns about the authenticity of this message, please visit **chase.com/customerservice** for options about how to contact us.

# About This Message

This service email gives you updates and information about your Chase relationship. If you need travel assistance, please call us at 1-866-951-6592.

This email was sent from an unmonitored mailbox. Go to **chase.com/customerservice** for options about how to contact us.

Your privacy is important to us. See our online **Security Center** to learn how to protect your information.

Chase Privacy Operations
P.O. Box 734007
Dallas, Texas 75373-4007

©2023 JPMorgan Chase & Co.

Johnson Declaration
Exhibit B
Foundation Expense Report



Hilton
HOTELS & RESORTS

Hilton Alexandria Old Town
Starbucks
1767 King Street
Alexandria, VA 22314
703-837-0440

------------------------------------
Check: 8867136          Table:
Server: Yulanda         Cover: 0

        10/1/2023 14:06
------------------------------------
        Regular Check
    1 V-Cold Brew          4.75
====================================
        Subtotal           4.75
        Tax                0.52
        Total              5.27

Visa                       5.27
    XXXXXXXXXXXX5149
    CARDHOLDER/VISA
            CHASE VISA
    CVM: Signature
    Entry Mode: Contactless
    Auth Mode: Issuer
    AC:;1307|TVR:;1305|IAD:;1334|TSI:;133
9|ARC:;1328|AID:;; 14AC5EB
    TVR: 0000000000
    IAD: 06021203A00000
    ARC: 00

        GRAND TOTAL        5.27
------------------------------------
T886  C1811883  10/1/2023 14:06
================CLOSED============

10/01/23        13:16:20

National Airport Min.
Arlington VA
FOR CUSTOMER SERVICE
CALL 202-962-5719

2400 S. Smith Blvd.
MEZZANINE 93
MACHINE 33

AN:    ***********5149

VENDOR:  093-33-31849
REF NO:  318495028574
AUTH NO: 08485D

CREDIT PURCHASE

QUANTITY SELECTED: 1

COST IS $15.00 PER

1 DAY UNLIMITD PASS

S/N:
0167 0289 6570 4589 9521

TOTAL AMOUNT: $15.00


        THANK YOU
    FOR RIDING METRORAIL


        THE FUTURE IS
      RIDING ON METRO



INDIANAPOLIS
INTERNATIONAL
AIRPORT

L/R #69
T/D #05
Entry Time
Paid Time
Parking Time
Parking Fee

A Payment No.00014717
Ticket No.031196
10/01/2023 (Sun) 10:07
10/02/2023 (Mon) 21:23
1Day 11:16
Rate D    $40.00

VISA
  Account #
  Slip #
  Auth Code
Credit Card Amount

****************5149
15671
000002062D
$40.00

Total                              $40.00

Thank you, Have a nice day!
(317) 487-5017
Please Come Again !

OHM &PIZZA (DCA)

Check/No 472360/1

Cashier         Time         Date
101        5:42:59 PM   10/2/2023

1            &pizza+                    13.99
1            Jasmine Tea                 3.04

      Food Sub-Total                    17.03

CHECK SUB-TOTAL                         17.03
Discount                                 0.00
Sales Tax                                1.71
Tip                                      0.00

TOTAL                                   18.74
Amount due                               0.00
Amount Paid                             18.74
Emv

Change                                   0.00

My Pleasure serve you today !!!
Hayder

Check for other OHM venues
in airports around the country
www.OHMGroup.com

Hilton
HOTELS & RESORTS

Hilton Alexandria Old Town
Starbucks
1767 King Street
Alexandria, VA 22314
703-837-0440

Check: 8867203          Table:
Server:Eslyn            Cover:0

10/2/2023 7:48

Regular Check
1 V-Cold Brew                4.75
1 SausageChedEgg             4.75

Subtotal                     9.50
Tax                          1.05
Total                       10.55

                            10.55

Visa
XXXXXXXXXXX5149
CARDHOLDER/VISA     CHASE VISA
CWM: Signature
Entry Mode: Contactless
Auth Mode: Issuer
AC:;1307|TVR:;1305|IAD:;1334|TSI:;133
9|ARC:;1328|AID:::: E56AE6F
TVR: 0000000000
IAD: 060212O3A00000
ARC: 00

GRAND TOTAL                 10.55

T886  C1896201  10/2/2023 7:49
======CLOSED======
DUPLICATE RECEIPT

Johnson Declaration
Exhibit B
Foundation Expense Report

# INDIANAPOLIS
# INTERNATIONAL
# AIRPORT

L/R #69                          A Payment No.00015022
T/D #05                             Ticket No.032876
Entry Time                    10/04/2023 (Wed)  5:42
Paid Time                     10/05/2023 (Thu) 20:59
Parking Time                        1Day  15:17
Parking Fee                   Rate D      $40.00

VISA
    Account #              ***************5149
    Slip #                          16001
    Auth Code                    000008109D
Credit Card Amount                  $40.00
========================================
Total                               $40.00

Thank you, Have a nice day!
(317) 487-5017
Please Come Again !

TRIO CAFE
33 A BOSTON FISH PIER
BOSTON MA 02210
857-753-4730

Ref #: 0046

Sale

XXXXXXXXXXXXX5149
VISA              Entry Method: Chip

Amount:
Tip:              $        18.56

Total:

10/04/23                    11:00:27
Inv #: 000046   Appr Code: 00826D
Transaction ID: 583277540273727
Apprvd: Online    Batch#: 000022

CHASE VISA
AID: A0000000031010
TSI: E800
TVR: 0000008000

Customer Copy
THANK YOU

---

EMAIL: ...
CITYOFBOSTON.GOV

--ORIGINAL--
XAVIER TAXI INC
CAB # 1416
HACK:           3105
CUSTOMER COPY
10/04/23 TR 422
START END MILES
17:43 18:05 1.5
FARE: $   14.60
EXTRA: $    0.00
TOLL: $     0.00
SRCH: $     0.00
TIP: $      3.00
TOTAL: $   17.60

TYPE:        VISA
CARD:        5149
AUTH:      09517D

TAXI HOTLINE
617-536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV

---

Gourmet Caterers
at John J. Moakley Courthouse
One Courthouse Way
Boston, MA 02210
(617)261-1911

Server: Cashier T
Check #24
Ordered:    10/5/23 8:57 AM

Starbucks Cold Brew Black    $4.25
Coffee
Poland Spring 16.9 oz        $1.95

Subtotal                     $6.20
Total                        $6.20

Credit                      -$6.20
Amount Due                   $0.00

Thank You For Dining With Us.
Come Again Soon!!

Johnson Declaration
Exhibit B
Foundation Expense Report

## PROVISIONS

State Street Provisions
255 State Street
Boston, MA 02109

Server: Left B
Check #72                          Table B14
Guest Count: 1
Ordered:                           10/5/23 1:44 PM

Input Type            C (EMV Chip Read)
VISA CREDIT                  xxxxxxxx5149
Time                               2:11 PM

Transaction Type                      Sale
Authorization                     Approved
Approval Code                       03784D
Payment ID                    XPMsYMTndWKj
Application ID           A0000000031010
Application Label            VISA CREDIT
Terminal ID
Card Reader                         BBPOS

Amount                              $37.40

+ Tip:              7.60

= Total:            45.00

X        _Noel J_____
              NOEL JOHNSON

Customer Copy

Powered by Toast

Welcome to Dunkin'
Store #: 308352
Logan Airport
East Boston, MA 02128
(617) 569-4091
337567 Eugen
--------------------------------
CHK 2666
10/5/2023 3:31 PM
--------------------------------
Eat In
1 Lg Cold Brew               5.05
   Black
   Visa                     $5.40
************5149
Tran Type : Purchase
Entry Mode : TAPPED
Auth Code : 03918D
VISA CREDIT
AID: A0000000031010
No Signature Required
I agree to pay the above total
amount according to the card
issuer
(merchant agreement if credit
voucher)
   Subtotal                 $5.05
   MA Tax                   $0.35
   Payment                  $5.40
Change Due                  $0.00
-------- Check Closed --------
     10/5/2023 3:31 PM
********************************
Donut forget to tell us about
today's visit! Talk to us at
www.DunkinRunsOnYou.com
within 3 days and receive a
FREE CLASSIC DONUT
on your next visit when you
purchase a Medium or Larger Beverage
See restrictions on dunkindonuts.com

Survey Code: 66601-08352-1510-0533
********************************
Additional Discounts Will Not Be
Applied to Promotional Offers
********************************
Thank You. Come Back Again.
Additional Discounts Will Not Be
Applied to Promotional Offer

HOMEWOOD SUITES

SUITES by Hilton

HOMEWOOD SUITES BY HILTON BOSTON SEAPORT
BOSTON, MA  02210
United States of America
TELEPHONE 857-356-3033  • FAX 857-356-3044
Reservations
www.hilton.com or 1 800 HILTONS

NIXON, JOSEPH

█████████████████

████████████

UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 845/NKJZW |
| Arrival Date: | 10/4/2023  3:12:00 PM |
| Departure Date: | 10/5/2023  3:48:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | MCORONITE |
| Room Rate: | 441.82 |
| AL: | |
| HH # | 354472199 DIAMOND |
| VAT # | |
| Folio No/Che | 87498 A |

Confirmation Number: 87215007

HOMEWOOD SUITES BY HILTON BOSTON SEAPORT 10/5/2023 3:47:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 10/4/2023 | 314943 | SUITE SHOP - POUR MY BEER | $20.00 |
| 10/4/2023 | 314943 | SALES TAX 7 % | $1.40 |
| 10/4/2023 | 314945 | SUITE SHOP - SUNDRY | $5.00 |
| 10/4/2023 | 314948 | SUITE SHOP - SUNDRY | $6.00 |
| 10/4/2023 | 314966 | SUITE SHOP - POUR MY BEER | $10.00 |
| 10/4/2023 | 314966 | SALES TAX 7 % | $0.70 |
| 10/4/2023 | 315148 | GUEST ROOM | $441.82 |
| 10/4/2023 | 315148 | RM STATE OCCUPANCY TAX | $25.18 |
| 10/4/2023 | 315148 | RM CITY OCCUPANCY TAX | $28.72 |
| 10/4/2023 | 315148 | RM CONVENTION CENTER TAX | $12.15 |
| 10/4/2023 | 315148 | TOURISM ASSESSMENT | $6.63 |
| 10/5/2023 | 315289 | MC *9900 | ($557.60) |
| | | **BALANCE** | $0.00 |

EXPENSE REPORT SUMMARY

| | 10/4/2023 | STAY TOTAL |
|---|---|---|
| ROOM AND TAX | $514.50 | $514.50 |
| MISCELLANEOUS | $41.00 | $41.00 |
| OTHER | $2.10 | $2.10 |
| DAILY TOTAL | $557.60 | $557.60 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

Introducing Suite Selection. Check in online at homewoodsuites.com and choose the floor, the location and the suite you'll call home. Check out a demonstration at suiteselectiondemo.com.

WE LOOK FORWARD TO WELCOMING YOU BACK SOON!

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 04144P | MERCHANT ID | 000100682400 |
| CARD NUMBER | MC *9900 | EXP DATE | 12/23 |
| TRANSACTION ID | 315289 | TRANS TYPE | Sale |

Johnson Declaration
Exhibit B
Foundation Expense Report

ORT

Johnson Declaration
Exhibit B
Foundation Expense Report

| From: | Elaina Crafton |
|---|---|
| To: | Kaylan Phillips; Noel Johnson |
| Subject: | FW: Your Thursday afternoon trip with Uber |
| Date: | Wednesday, March 27, 2024 9:48:21 AM |
| Attachments: | image003.png |



**Elaina Crafton**
*Chief Operations Officer*
Public Interest Legal Foundation
**ecrafton@publicinterestlegal.org**

**From:** Joseph Nixon <joe@nixonlawtx.com>
**Sent:** Thursday, October 5, 2023 3:35 PM
**To:** Elaina Crafton <ECrafton@publicInterestLegal.org>
**Subject:** Fwd: Your Thursday afternoon trip with Uber

For expense report

Joseph M. Nixon

Board Certified Civil Trial Law, Texas Board of Legal Specialization

Tel.: 713-550-7535
joe@nixonlawtx.com

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** October 5, 2023 at 3:32:25 PM EDT
> **To:** Joseph Nixon <joe@nixonlawtx.com>
> **Subject: Your Thursday afternoon trip with Uber**



Total **$58.29**
October 5, 2023

# Total          $58.29

Trip fare                                    $44.79

Johnson Declaration
Exhibit B
Foundation Expense Report

| | |
|---|---|
| Subtotal | $44.79 |
| Sumner Callahan Tunnel Toll | $2.65 |
| Airport Facility Charge | $3.25 |
| Tips | $7.60 |

**Payments**

Mastercard ••••9900
10/5/23 3:32 PM                                    $58.29

**Switch Payment
Method**

**Download
PDF**

## You rode with MEHDI

**4.99** Rating                              Has passed a multi-step safety screen

Issued on behalf of
MEHDI

When you ride with Uber, your trips are insured in case of a covered
accident.

**Learn more ›**

Black   3.62 miles | 22 min

Johnson Declaration
Exhibit B
Foundation Expense Report



**2:44 PM**
300 Hanover St, Boston, MA
02113, US

**3:06 PM**
Terminal B, Boston Logan
International Airport (BOS),
Boston, MA 02128, US



| Report lost item › | Contact support› Contact support › | My trips › |
| --- | --- | --- |



Forgot
password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

| From: | Elaina Crafton |
|---|---|
| To: | Kaylan Phillips; Noel Johnson |
| Subject: | FW: Your Thursday morning trip with Uber |
| Date: | Wednesday, March 27, 2024 9:49:41 AM |
| Attachments: | image003.png |



**Elaina Crafton**
*Chief Operations Officer*
Public Interest Legal Foundation
**ecrafton@publicinterestlegal.org**

---

**From:** Joseph Nixon <joe@nixonlawtx.com>
**Sent:** Thursday, October 5, 2023 3:36 PM
**To:** Elaina Crafton <ECrafton@publicInterestLegal.org>
**Subject:** Fwd: Your Thursday morning trip with Uber

Joseph M. Nixon

Board Certified Civil Trial Law, Texas Board of Legal Specialization

Tel.: 713-550-7525
joe@nixonlawtx.com

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** October 5, 2023 at 9:07:10 AM EDT
> **To:** Joseph Nixon <joe@nixonlawtx.com>
> **Subject: Your Thursday morning trip with Uber**



Total                           $23.43

Trip fare                                              $23.43

Johnson Declaration
Exhibit B
Foundation Expense Report

---

Subtotal                                    $23.43

**Download
PDF**

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will
receive a trip receipt when the payment is processed with payment information.

## You rode with MOHAMMED

**4.96** Rating                    ☐ Has passed a multi-step safety screen

Drivers are critical to communities
right now. Say thanks with a tip.

**Rate or tip**

Issued on behalf of
MOHAMMED

When you ride with Uber, your trips are insured in case of a covered
accident.

**Learn more ›**

`Black`   1.08 miles | 7 min

**8:58 AM**
670 Summer St, Boston, MA
02210, US

**9:06 AM**
1 Courthouse Way, Boston,
MA 02210, US

Johnson Declaration
Exhibit B
Foundation Expense Report



**Report lost item** ›

**Contact support** ›
**Contact support** ›

**My trips** ›

Forgot
password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

| | |
|---|---|
| **From:** | Elaina Crafton |
| **To:** | Kaylan Phillips; Noel Johnson |
| **Subject:** | FW: Your Wednesday afternoon trip with Uber |
| **Date:** | Wednesday, March 27, 2024 9:49:24 AM |
| **Attachments:** | image003.png |



**Elaina Crafton**
*Chief Operations Officer*
Public Interest Legal Foundation
ecrafton@publicinterestlegal.org

**From:** Joseph Nixon <joe@nixonlawtx.com>
**Sent:** Thursday, October 5, 2023 3:36 PM
**To:** Elaina Crafton <ECrafton@publicInterestLegal.org>
**Subject:** Fwd: Your Wednesday afternoon trip with Uber

Expense

Joseph M. Nixon

Board Certified Civil Trial Law, Texas Board of Legal Specialization

Tel.: 713-550-7255
joe@nixonlawtx.com

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** October 4, 2023 at 3:29:23 PM EDT
> **To:** Joseph Nixon <joe@nixonlawtx.com>
> **Subject: Your Wednesday afternoon trip with Uber**



Total **$62.12**
October 4,
2023

# Total        $62.12

Trip fare                    $45.17

Johnson Declaration
Exhibit B
Foundation Expense Report

| | |
|---|---|
| Subtotal | $45.17 |
| Ted Williams Tunnel  | $2.65 |
| Wait Time | $0.84 |
| Airport Facility Charge | $3.25 |
| Tips | $10.21 |

**Payments**

| | | |
|---|---|---|
| | **Mastercard ••••9900**<br>10/4/23 3:29 PM | $62.12 |

**Switch Payment Method**

**Download PDF**

## You rode with Mohsen

**4.98** Rating          Has passed a multi-step safety screen

Issued on behalf of
Mohsen

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

Black   3.82 miles | 19 min



**2:48 PM**
Level 2 Gates B1 - B38,
Boston Logan International
Airport (BOS), Boston, MA
02128, US

**3:08 PM**
670 Summer St, Boston, MA
02210, US





**Report lost item** ›

Contact
support›
**Contact support**
›

**My trips**
›



Forgot
password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

**From:** Elaina Crafton
**To:** Kaylan Phillips; Noel Johnson
**Subject:** FW: Your Wednesday evening trip with Uber
**Date:** Wednesday, March 27, 2024 9:49:01 AM
**Attachments:** image003.png



**Elaina Crafton**
*Chief Operations Officer*
Public Interest Legal Foundation
ecrafton@publicinterestlegal.org

**From:** Joseph Nixon <joe@nixonlawtx.com>
**Sent:** Thursday, October 5, 2023 3:35 PM
**To:** Elaina Crafton <ECrafton@publicinterestLegal.org>
**Subject:** Fwd: Your Wednesday evening trip with Uber

For expense report

Joseph M. Nixon

Board Certified Civil Trial Law, Texas Board of Legal Specialization

Tel.: 713-550-7535
joe@nixonlawtx.com

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** October 5, 2023 at 1:44:24 PM EDT
> **To:** Joseph Nixon <joe@nixonlawtx.com>
> **Subject: Your Wednesday evening trip with Uber**



Total **$24.76**
October 4, 2023

# Total               $24.76

Trip fare                    $20.64

| | |
|---|---|
| Subtotal | $20.64 |
| Tips | $4.12 |

**Payments**

| | | |
|---|---|---|
| [?] | **Mastercard ••••9900**<br>10/4/23 9:59 PM | $24.76 |

Switch Payment
Method

Download
PDF

## You rode with AJ

4.99 ☐ Rating                    ☐ Has passed a multi-step safety screen

Issued on behalf of
AJ

When you ride with Uber, your trips are insured in case of a covered
accident.

Learn more ›

Black   0.52 miles | 2 min

9:44 PM

Johnson Declaration
Exhibit B
Foundation Expense Report



606 Congress St, Boston, MA
02210, US

**9:47 PM**
670 Summer St, Boston, MA
02210, US

**Report lost item**
›

**Contact
support**›
**Contact support**
›

**My trips**
›

Forgot
password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

Johnson Declaration
Exhibit B
Foundation Expense Report