**United States District Court**
**District of Maine**

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.** | |
| *Plaintiff,* | |
| v. | |
| **SHENNA BELLOWS,** in her official capacity as the Secretary of State for the State of Maine | Case No. 1:20-cv-00061-GZS |
| *Defendant.* | |

## Declaration of Stephen C. Whiting, Esq.

I, Stephen C. Whiting, make the following declaration pursuant to 28 U.S.C. § 1746:

1.      I am a licensed attorney in the State of Maine, Maine Bar number 559, and am the owner of The Whiting Law Firm in Portland, Maine.

2.      I represent the Public Interest Legal Foundation ("Foundation") in this action. My co-counsel are attorneys employed by the Foundation. I am local Maine counsel.

3.      I have been practicing law since 1978. I earned a Juris Doctorate from the University of Virginia Law School in 1978 have been in private practice, involved primarily in civil litigation since that time.  In 1998, I opened The Whiting Law Firm and have practiced in both state and federal courts.  I have handled cases in a variety of areas including Section 1983 claims involving violations of First and Fourteenth Amendment rights and election rights.  I am a member of the bar of the United States Supreme Court, the Court of Appeals for the First Circuit, and the United States District Court of Maine.  The Foundation is seeking reimbursement at a rate of $360 per hour for my time.

1

4.      As a part of my normal business practice, I recorded the time I spent on this matter for the Foundation on or around the same day the services were performed.  I contemporaneously record detailed descriptions of each service or task performed.

5.      A chart compiling my time and descriptions of my work is attached to this declaration (the "Whiting Billing Statement"). The Whiting Billing Statement truly and accurately reflects the time I spent on this matter and the services performed.

6.      The time expended for each task performed is accurately listed in the Whiting Billing Statement under the column-heading "Hours." The service or task performed is accurately described in the Whiting Billing Statement under the column-heading "Description of Task."

7.      The services described in the Whiting Billing Statement were reasonable and necessary in pursuit of the Foundation's claims on the merits and in pursuit of attorney's fees, costs, and expenses under the fee-shifting provision of the NVRA.

8.      The Foundation also incurred expenses in the prosecution of this case. The expenses attributable to my work on behalf of the Foundation are truly and accurately listed in the Whiting Billing Statement under "Disbursements." It is my normal practice to track and bill for each of these expenses separately and each of the expenses for which reimbursement is sought was reasonably and necessarily incurred in the successful prosecution of the Foundation's case. The total amount of costs and expenses incurred by the Foundation to date is $623.22

9.      The amounts the Foundation is requesting for work performed by me on the Foundation's behalf is $10,476.00 in fees and $623.22 in expenses and costs. I plan to submit documentation for any remaining work in this matter with a Supplemental Motion when that work is completed.

Whiting Declaration

I affirm under penalty of perjury that the foregoing is true and correct.  Executed this 22nd day of March 2024.

 /S/.  Stephen C. Whiting___
Stephen C. Whiting

3