**The Whiting Law Firm**
**75 Pearl Street, Suite 207**
**Portland, ME 04101**
**(207) 780-0681**

## INVOICE

**Client:** Public Interest Legal Foundation, Inc.
107 S. West Street
Suite 700
Alexandria, VA. 22314

**Matter:** Public Interest Legal Foundation, Inc. -v.- Sheena Bellows

| Date | Description of Task | Hours | Amount |
|---|---|---|---|
| 2/12/20 | Tele Conf with and review e-mail from Atty Phillips re: being local counsel. | 0.5 | 180.00 |
| 2/19/20 | Review and file Complaint. | 1.0 | 360.00 |
| 2/20/20 | Corresp with Sheriff re: Service | 0.3 | 108.00 |
| 3/3/20 | E-file the Summons | 0.3 | 108.00 |
| 3/4/20 | E-file Atty Phillips' Application for Admission PHV | 0.3 | 108.00 |
| 3/5/20 | E-file Atty Johnson's Application for Admission PHV | 0.3 | 108.00 |
| 3/16/20 | Review the State's Answer to our Complaint | 0.5 | 180.00 |
| 3/16/20 | Review the Scheduling Order | 0.3 | 108.00 |
| 5/1/20 | Review and file Objection to the Scheduling Order | 0.4 | 144.00 |
| 7/20/20 | Review Joint Motion to amend the Scheduling Order | 0.3 | 108.00 |
| 7/22/20 | Review the Order amending the Scheduling Order | 0.3 | 108.00 |
| 9/10/20 | Review State's Consented Motion to amend the Scheduling Order again | 0.2 | 72.00 |

Whiting Declaration
Exhibit A
Whiting Billing Records

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9/11/20 | Review the Amended Scheduling Order | 0.2 | 72.00 |
| 12/4/20 | Review and file Joint Motion to amend the Scheduling Order again | 0.4 | 144.00 |
| 12/8/20 | Review the amended Scheduling Order | 0.2 | 72.00 |
| 12/31/20 | Review another Joint Motion to amend the Scheduling Order | 0.2 | 72.00 |
| 1/3/21 | Review the amended Scheduling Order | 0.2 | 72.00 |
| 1/26/21 | Review revised amended Scheduling Order | 0.2 | 72.00 |
| 2/12/21 | Review and file Joint Motion for Rule 56 schedule | 0.4 | 144.00 |
| 2/12/21 | Review court's Rule 56 deadlines | 0.2 | 72.00 |
| 3/12/21 | Review e-mails from Atty Phillips re: Motion for Summary Judgment and Statement of Material Facts | 0.5 | 180.00 |
| 3/12/21 | Review Joint Stipulations of Material Fact | 0.4 | 144.00 |
| 3/19/21 | Review our Motion for SJ and supporting materials | 1.0 | 360.00 |
| 4/9/21 | Review Bellows Affidavit | 0.3 | 108.00 |
| 4/9/21 | Review State's Statement of Material Facts | 0.4 | 144.00 |
| 4/9/21 | Review State's Motion for SJ and Opposition to Our Motion for SJ | 1.0 | 360.00 |
| 4/15/21 | Review e-mail from Atty Phillips re: unopposed motion For extension of time | 0.2 | 72.00 |
| 4/16/21 | Review e-mail from Atty Phillips re: changes to Motion | 0.2 | 72.00 |
| 4/16/21 | Review and file unopposed Motion to Amend Scheduling Order | 0.4 | 144.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/19/21 | Review Court Orders extending deadlines | 0.2 | 72.00 |
| 5/14/21 | Review our Response to State's Statement of Material Facts and to State's Motion for SJ and Our Reply for our Motion for SJ | 1.0 | 360.00 |
| 5/28/21 | Review State's Reply memo | 0.5 | 180.00 |
| 6/8/21 | Review supplemental authority | 0.4 | 144.00 |
| 6/24/21 | Review State's letter re: newly enacted legislation | 0.2 | 72.00 |
| 8/30/21 | Conference with Judge Singal re: mootness | 0.3 | 108.00 |
| 11/1/21 | Review our Motion to Amend Complaint and materials | 0.7 | 252.00 |
| 11/22/21 | Review State's opposition to our Motion to Amend | 0.3 | 108.00 |
| 11/29/21 | Review Court's Orders amending Complaint and Denying motions for SJ | 0.4 | 144.00 |
| 12/7/21 | Review State's Motion to extend time | 0.2 | 72.00 |
| 12/20/21 | Review State's Motion to Dismiss | 0.5 | 180.00 |
| 1/24/22 | Review our Response to State's Motion to Dismiss | 0.4 | 144.00 |
| 2/7/22 | Review State's Reply memo | 0.3 | 108.00 |
| 3/4/22 | Review Order on State's Motion to Dismiss | 0.3 | 108.00 |
| 3/25/22 | Review State's Answer | 0.4 | 144.00 |
| 4/27/22 | Review Motions to set Discovery Schedule | 0.3 | 144.00 |
| 5/2/22 | Review Order re: Scheduling | 0.2 | 72.00 |
| 6/1/22 | Review updated Initial Disclosures | 0.3 | 108.00 |
| 8/12/22 | Review Consented Motion to Extend Discovery Deadline, and Order granting it | 0.3 | 108.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9/2/22 | Review Joint Motion for Rule 56 schedule, and court Order granting it | 0.4 | 144.00 |
| 9/23/22 | Review Joint Stipulation of Facts | 0.4 | 144.00 |
| 10/19/22 | Review our Motion for SJ | 0.6 | 216.00 |
| 11/18/22 | Review Motion to amend Rule 56 Procedural Order And Court Order granting it | 0.3 | 108.00 |
| 11/22/22 | Review State's Motion for SJ and Response to our MSJ and materials | 1.0 | 360.00 |
| 12/2/22 | Review Motion to extend time | 0.2 | 72.00 |
| 12/23/22 | Review our Reply memo and Response to SMF | 0.5 | 180.00 |
| 1/11/23 | Review State's Reply memo | 0.4 | 144.00 |
| 3/28/23 | Review Order on Motions for SJ | 0.5 | 180.00 |
| 4/14/23 | Review Atty Phillips' e-mail re: State's Appeal | 0.2 | 72.00 |
| 4/24/23 | Review State's Motion to Stay pending Appeal | 0.3 | 108.00 |
| 4/27/23 | Review Atty Phillips' Application for Admissions to the First Cir. | 0.2 | 72.00 |
| 5/12/23 | Review Atty Johnson's Application for Admissions to the First Cir. | 0.2 | 72.00 |
| 5/15/23 | Review our Opposition to the Motion to Stay | 0.3 | 108.00 |
| 6/7/23 | Review Order Staying the Judgment | 0.2 | 72.00 |
| 6/9/23 | Review State's Appeal Brief | 1.0 | 360.00 |
| 6/16/23 | Review EPIC's Amicus Brief | 0.5 | 180.00 |
| 7/19/23 | Review our Appeal Brief | 1.0 | 360.00 |

| Date | | Hours | Amount |
|---|---|---|---|
| 7/25/23 | Review USA's Amicus Brief | 0.5 | 180.00 |
| 7/26/23 | Review Judicial Watch's Amicus Brief | 0.5 | 180.00 |
| 8/9/23 | Review State's Reply Brief | 0.7 | 252.00 |
| 2/2/24 | Review the First Circuit's decision | 0.8 | 288.00 |

TOTAL:   $10,476.00

| **Date** | **Disbursements** | **Amount** |
|---|---|---|
| 2/20/20 | Court filing fee | 400.00 |
| 3/4/20 | Atty Phillips' PHV fee | 100.00 |
| 3/5/20 | Atty Johnson's PHV fee | 100.00 |
| 3/23/20 | Sheriff's service fee | 23.22 |

TOTAL:   $623.22

+ **Amount of last invoice:**   $0.00

− **Payments since last invoice:**   $0.00

**BALANCE DUE:**   $11,099.22

-5-