United States District Court
District of Maine

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>**SHENNA BELLOWS**, in her official capacity as the Secretary of State for the State of Maine<br><br>*Defendant.* | Case No. 1:20-cv-00061-GZS |

## AFFIDAVIT OF BRUCE W. HEPLER

I, Bruce W. Hepler, being duly sworn, depose and state as follows:

1. I am an attorney at law, duly licensed to practice law in the State of Maine. Each of the matters in this affidavit is based on my own personal knowledge.

2. After graduating from law school in 1994, I had clerkships with the Maine Supreme Judicial Court and with the Honorable Gene Carter, the Chief Judge of the United States District Court for the District of Maine. Following my clerkships, I worked at two very large firms in Southern California before returning to Maine in 2002.

3. I have been licensed to practice law in the State of Maine since 1994. I have worked in Portland, Maine since 2002.

4. I started my own firm -- Law Offices of Bruce W. Hepler, LLC – in 2007. I currently have two associates.

5. The majority of my practice is in the area of commercial litigation and personal injury litigation. We have done one case in the area of election law, in which we represented President Donald Trump. We were associated with out of state counsel in that case.

6. To my knowledge there are few lawyers in Maine with the expertise and experience to practice in election law.

7. For the majority of my new cases, I currently charge my time at the rate of $375 per hour. I have tried to keep my rate at a level that is under market for someone with my experience and expertise in Portland, Maine.

8. I have reviewed the facts and legal issues in the case of *Public Interest Legal Foundation, Inc. v. Bellows*, Case No. 1:20-cv-00061. The case concerns the National Voter Registration Act as well as the Help America Vote Act and issues of preemption. The legal and factual issues for cases like this are difficult for plaintiffs and their attorneys.

9. The plaintiff obtained substantially favorable decisions from the District Court and the First Circuit Court of Appeals. There are a limited number of attorneys in this State with the experience needed for this litigation.

10. I have called several other experienced attorneys to ask them of their billing rate.

11. In my opinion, based on my experience and knowledge of the current market for attorneys in Maine, the reasonable hourly rate for an attorney possessing the experience and skills necessary to litigate this type of matter is a range of $400 to $500 per hour.

DATED: March 26, 2024

_____
Bruce W. Hepler, Esq.

STATE OF MAINE
Cumberland, SS.                                                                March 26, 2024

    Personally appeared the above-named BRUCE W. HEPLER and made oath that the foregoing statements by him are true to his own personal knowledge.

Before me,

_____
~~Notary Public~~/Attorney at Law

My Commission Expires:
or Bar No.: 6364   Matthew Gowen, Esq.

2

Hepler Affidavit